# COMPOSITE
# EXHIBIT "A"

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>True Investments Inc.</u>
 Plaintiff
            vs.
<u>United Specialty Insurance Company</u>
Defendant

## II.    TYPE OF CASE

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
☒     Monetary;
☐     Non-monetary declaratory or injunctive relief;
☐     Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

<u>1</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐     Yes
☒     No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒     No
☐     Yes – If "yes" list all related cases by name, case number and court:

VII.     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒     Yes
☐     No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Andrew Lee Smith Jr.</u>     FL Bar No.: <u>31428</u>
        Attorney or party                                            (Bar number, if attorney)

<u>Andrew Lee Smith Jr. 10/30/2018</u>
        (Type or print name)                                        Date

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION**

**TRUE INVESTMENTS, INC.,**                           **CASE NO:**
                                                      **DIVISION:**
　　　　**Plaintiff,**

**v.**

**UNITED SPECIALTY INSURANCE
COMPANY,**

　　　　**Defendant.**

_____/

## REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

_x_  Tampa Division

___  East Division

___  Prior Division (Please indicate Case Number and Division of previously filed action: _____)

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders.  If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: Mark A. Dombrosky, Esquire _____

Address:  4725 N. Lois Avenue, Tampa, Florida 33614 _____

Phone Number:  813-254-1800 _____

Email Address:  mrivera@smithkling.com _____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIRCUIT CIVIL DIVISION

_____          CASE NO.:_____

Plaintiff(s)

VS.                                        DIVISION:_____

_____

Defendant(s)

REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

This is a request for issuance of service of process by the Clerk of court as follows:

<span style="color:red">*PLEASE NOTE THAT A SEPARATE REQUEST
IS REQUIRED FOR EACH PARTY TO BE SERVED*</span>

| |
|---|
| **Type of Process:  (choose one)**<br><br>☐ Initial Summons      ☐ Alias Summons      ☐ Pluries Summons<br>**Type of Summons:  (choose one)**<br><br>Circuit Court Summons:<br><br>Indicate days to respond   ☐ 20  ☐ 30  ☐ 45  ☐ 60      ☐ Other____<br><br>Non-Residential Eviction:   ☐ Mailing   ☐ No Mailing<br><br>Residential Eviction -          ☐ 5 day only          ☐ 5 day with 20 day attached<br><br>☐ Mailing   ☐ No Mailing |
| **Party information:** |
| Party To Be Served:<br><br>Name:<br><br>Address:<br><br>City/State/Zip:<br><br>Email Address to Return Issued Summons: |

Filing # 80069954 E-Filed 10/30/2018 02:01:32 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION

**TRUE INVESTMENT INC.,**

      **Plaintiff,**

v.

**UNITED SPECIALTY INSURANCE
COMPANY,**

      **Defendant.**

_____/

**CASE NO:** 18-CA-010635
**DIVISION:** F

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, **TRUE INVESTMENT INC.**, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **UNITED SPECIALTY INSURANCE COMPANY**, (hereinafter referred to as "Defendant"), and as grounds therefore states as follows:

### JURISDICTION AND VENUE

1.    This is an action for damages in excess of fifteen thousand dollars ($15,000), exclusive of pre-judgment interest, attorneys' fees, and costs.

2.    At all times material hereto, Plaintiff owned real property located at **2609 GEMINI COURT, TAMPA, FL 33614** (the "Property").

3.    At all times material hereto, Defendant was a corporation duly licensed to conduct business in the State of Florida and is engaged in the business of insurance in **HILLSBOROUGH COUNTY.**

4.    Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

5.     At all times material, Plaintiff's Property was covered for loss by Policy No. **VET-GF00454170** (the "Policy") issued by Defendant.  A copy of the Policy representing such coverage is attached hereto and incorporated herein as Exhibit A.

6.     Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7.     On or about **JULY 30, 2018**, Plaintiff suffered damages to its Property.

8.     The damage to the Property was caused by a covered peril under the Policy.

9.     The damage to Plaintiff's property is accidental, continuing in nature, and covered under the Policy.

10.     Plaintiff duly made application for insurance benefits under the Policy, but Defendant failed and refused to admit full coverage and pay Plaintiff the benefits to which it is entitled for the loss.

11.     Plaintiff timely made an application for insurance benefits under the Policy, but Defendant failed and refused to investigate and adjust the subject loss.

12.     All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met or waived.

13.     As a result of Defendant's refusal to pay the losses sustained by Plaintiff, Plaintiff has retained the services of the undersigned attorney and is obligated to pay a reasonable fee for services thereof.   Plaintiff is entitled to attorneys' fees in this action pursuant to Fla. Stat. § 627.428.

## COUNT I
### (Breach of Contract)

14.     Plaintiff hereby incorporates by reference paragraphs 1 through 13, as though fully set forth herein.

15.     Plaintiff and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiff in the event of a covered loss to Plaintiff's Property.

16.     Plaintiff has suffered a covered loss to the Property.

17.     Defendant has breached the Policy by failing to pay Plaintiff the full benefits due and owing under the Policy.

18.     Plaintiff has been damaged by Defendant's breach of contract.

19.     Plaintiff is entitled to the full cost of remediation and repair of the Property, ordinance and law coverage, business interruption losses and/or loss of rental income.

20.     Plaintiff is entitled to compensation for the loss to their Property. Plaintiff seeks the following damages: (a) the full cost for remediation and repair of the property; (b) damages including court costs, attorneys' fees under Fla. Stat. § 626.9373, expert fees and costs and pre-judgment interest; (c) additional policy benefits for loss of business interruption, law and ordinance coverage, rental value, debris removal, and any other benefit available under the policy; and (d) any other consequential damages which flow naturally from the above-described breach.

21.     Plaintiff demands a trial by jury on all issues in Count I.

WHEREFORE, Plaintiff, **TRUE INVESTMENT INC.,** demands judgment against Defendant/Insurer, **UNITED SPECIALTY INSURANCE COMPANY** for:

A.      All damages to which Plaintiff is entitled, including all benefits available under

the Policy of insurance;

B.      Pre-judgment interest;

C.      Court costs, expert fees, and attorneys' fees pursuant to Fla. Stat. §§ 57.041,

92.231, and 626.9373; and

D.      Any such other and further relief that this Court deems just and reasonable.

## DEMAND FOR JURY TRIAL

Further, Plaintiff requests a trial by jury on all issues so triable.

By:   */s/ Mark A. Dombrosky*
      ***Smith, Kling & Thompson, P.A.***
      A. Lee Smith, Esquire
      FBN: 31428
      Mark A. Dombrosky, Esquire
      FBN:  533521
      mrivera@smithkling.com
      4725 N. Lois Avenue
      Tampa, Florida 33614
      Telephone: 813.254.1800
      Facsimile: 813.254.1844
      Attorney for Plaintiffs



Ventus Risk Management, Inc.
1030 Wildwood Centre Dr., Ste. A
Columbia, SC  29229

July 18, 2018

To Whom It May Concern:

I hereby certify that the attached copy of insurance policy number VET-GF00454170 issued to True Investment, Inc. for policy period 12/28/2017 to 12/28/2018 12.01 AM Standard Time at insureds mailing address
is a true and complete copy of the original document and all endorsements attached thereto.

Sincerely,

Laurie Comfort, Senior Vice-president
Operations

Ventus Risk Management, Inc.
1030 Wildwood Centre Drive
Columbia, SC  29229

Laurie.Comfort@ventusrisk.com
803.447.0292

EXHIBIT "A"



## Policy of Insurance

# Ventus Risk Management, Inc.
## as agents for the Carriers scheduled within

Ventus Risk Management, Inc.

1030 Wildwood Centre Drive, Suite A

Columbia, SC  29229

**This Policy jacket together with a declaration, coverage part, policy provisions and endorsements, if any, issued to form a part thereof, completes this Policy.**

VTJ002 0717

# NOTICE TO POLICYHOLDERS

## FRAUD NOTICE

| Arkansas | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
|---|---|
| Colorado | It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies. |
| District of Columbia | WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| Florida | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| Kansas | A "fraudulent insurance act" means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto. |
| Kentucky | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| Louisiana | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Maine | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| Maryland | Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| New Jersey | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| New Mexico | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |

# NOTICE TO POLICYHOLDERS

| New York | **General: All applications for commercial insurance, other than automobile insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.<br><br>**All applications for automobile insurance and all claim forms:** Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.<br><br>**Fire:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.<br><br>The proposed insured affirms that the foregoing information is true and agrees that these applications shall constitute a part of any policy issued whether attached or not and that any willful concealment or misrepresentation of a material fact or circumstances shall be grounds to rescind the insurance policy. |
|---|---|
| Ohio | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| Oklahoma | **WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| Pennsylvania | **All Commercial Insurance, Except As Provided for Automobile Insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.<br><br>**Automobile Insurance:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and the payment of a fine of up to $15,000. |
| Puerto Rico | **Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.** |

## NOTICE TO POLICYHOLDERS

| | |
|---|---|
| Rhode Island | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Tennessee | **All Commercial Insurance, Except As Provided for Workers' Compensation** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.<br><br>**Workers' Compensation:**  It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits. |
| Utah | **Workers' Compensation:**  Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison. |
| Virginia | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| Washington | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| West Virginia | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| All Other States | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in prison. (In Oregon, the aforementioned actions may constitute a fraudulent insurance act which may be a crime and may subject the person to penalties). |

## NOTICE TO POLICYHOLDERS

### PRIVACY POLICY

The Insurance Carriers scheduled within this policy (the "Companies"), believe personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality. For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies to all of our companies. For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way. In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

#### Our Privacy Promise

Your privacy and the confidentiality of your business records are important to us. Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products. We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;
2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;
3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;
4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;
5. We will not disclose information about you or your business to any organization outside the group of Companies associated with the Carriers scheduled within this Policy or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;
6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;
7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and
8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

#### Collection and Sources of Information

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b) administering the product or service obtained, and (c) advising the customer about our products and services. The information we collect generally comes from the following sources:

- Submission – During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;
- Quotes – We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you. The information we collect will vary with the type of insurance you seek;

# NOTICE TO POLICYHOLDERS

- Transactions — We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;
- Claims — If you obtain insurance from us, we will maintain records related to any claims that may be made under your policies. The investigation of a claim necessarily involves collection of a broad range of information about many issues, some of which does not directly involve you. We will share with you any facts that we collect about your claim unless we are prohibited by law from doing so. The process of claim investigation, evaluation, and settlement also involves, however, the collection of advice, opinions, and comments from many people, including attorneys and experts, to aid the claim specialist in determining how best to handle your claim. In order to protect the legal and transactional confidentiality and privileges associated with such opinions, comments and advice, we will not disclose this information to you; and
- Credit and Financial Reports — We may receive information about you and your business regarding your credit. We use this information to verify information you provide during the submission and quote processes and to help underwrite and provide to you the most accurate and cost-effective insurance quote we can provide.

Retention and Correction of Personal Information

We retain personal information only as long as required by our business practices and applicable law. If we become aware that an item of personal information may be materially inaccurate, we will make reasonable effort to re-verify its accuracy and correct any error as appropriate.

Storage of Personal Information

We have in place safeguards to protect data and paper files containing personal information.

Sharing/Disclosing of Personal Information

We maintain procedures to assure that we do not share personal information with an unaffiliated third party for marketing purposes unless such sharing is permitted by law. Personal information may be disclosed to an unaffiliated third party for necessary servicing of the product or service or for other normal business transactions as permitted by law.

We do not disclose personal information to an unaffiliated third party for servicing purposes or joint marketing purposes unless a contract containing a confidentiality/non-disclosure provision has been signed by us and the third party. Unless a consumer consents, we do not disclose "consumer credit report" type information obtained from an application or a credit report regarding a customer who applies for a financial product to any unaffiliated third party for the purpose of serving as a factor in establishing a consumer's eligibility for credit, insurance or employment. "Consumer credit report type information" means such things as net worth, credit worthiness, lifestyle information (piloting, skydiving, etc.) solvency, etc. We also do not disclose to any unaffiliated third party a policy or account number for use in marketing. We may share with our affiliated companies information that relates to our experience and transactions with the customer.

Policy for Personal Information Relating to Nonpublic Personal Health Information

We do not disclose nonpublic personal health information about a customer unless an authorization is obtained from the customer whose nonpublic personal information is sought to be disclosed. However, an authorization shall not be prohibited, restricted or required for the disclosure of certain insurance functions, including, but not limited to, claims administration, claims adjustment and management, detection, investigation or reporting of actual or potential fraud, misrepresentation or criminal activity, underwriting, policy placement or issuance, loss control and/or auditing.

## NOTICE TO POLICYHOLDERS

<u>Access to Your Information</u>

Our employees, employees of our affiliated companies, and third party service providers will have access to information we collect about you and your business as is necessary to effect transactions with you. We may also disclose information about you to the following categories of person or entities:

- Your independent insurance agent or broker;
- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;
- Persons or organizations that conduct scientific studies, including actuaries and accountants;
- An insurance support organization;
- Another insurer if to prevent fraud or to properly underwrite a risk;
- A state insurance department or other governmental agency, if required by federal, state or local laws; or
- Any persons entitled to receive information as ordered by a summons, court order, search warrant, or subpoena.

<u>Violation of the Privacy Policy</u>

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

For more information or to address questions regarding this privacy statement, please contact your broker.

NOTICE TO POLICYHOLDERS

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy.   You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Policyholder Notice provides information concerning possible impact on your insurance coverage due to the impact of U.S. Trade Sanctions[1].  Please read this Policyholder Notice carefully.

In accordance with the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") regulations, or any other U.S. Trade Sanctions applied by any regulatory body, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law, is a Specially Designated National and Blocked Person ("SDN"), or is owned or controlled by an SDN, this insurance will be considered a blocked or frozen contract. When an insurance policy is considered to be such a blocked or frozen contract, neither payments nor premium refunds may be made without authorization from OFAC.  Other limitations on the premiums and payments also apply.

[1] "U.S Trade Sanctions" may be promulgated by Executive Order, act of Congress, regulations from the U.S. Departments of State, Treasury, or Commerce, regulations from the State Insurance Departments, etc.

VTCW05 1017

# FLORIDA NOTICE

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

NOTICE TO POLICYHOLDERS

## FLORIDA NOTICE

## THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

# NOTICE TO POLICYHOLDERS

**FLORIDA**

**FOR INFORMATION, OR
TO MAKE A COMPLAINT, CALL:
1-844-983-6887
VENTUS RISK MANAGEMENT, INC.
1030 WILDWOOD CENTER DRIVE, SUITE A
COLUMBIA, SC 29229**

## NOTICE TO POLICYHOLDERS

### FLORIDA

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.  PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

VTFL10 0909

COMMERCIAL PROPERTY
VT 01 05 01 16

# NOTICE - REJECTION OF TERRORISM COVERAGE

Coverage has been "rejected" by the Insured for all acts of terrorism including but not limited to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Worley

## CLAIM REPORTING PROCEDURES

Worley has initiated a Claims Intake Center to accept all property loss reports via phone, e-mail or electronic claim form.

In order to make a claim the named insured and policy number is required.

This center is open and available to accept reports 24 hours a day.

| | |
|---|---|
| Phone: | 888-480-1853 |
| Fax: | 888-551-2982 |
| Email: | ventus@worleyco.com |

Mail to:     Worley
             Attn. TPA Claim Facility
             P.O. Box 1148
             Hammond, La. 70404

IMPORTANT:  Any and all correspondence should have

1. The name of the Insured
2. A policy number
3. A claim number if one has been assigned

Key Contacts:

Worley TPA Contact: Charlie Bilbe, Sr. Vice President
Email:              charlieb@worleyco.com
Contact #:          1-888-480-1853

Worley Contact:     Charlie Bilbe, Sr. Vice President
Email:              charlieb@worleyco.com
Contact #:          1-985-542-2364

# VENTUS RISK MANAGEMENT, INC.

as agents for the Carriers scheduled within
1030 Wildwood Centre Drive, Suite A
Columbia, SC 29229

Policy #: VET-GF00454170
As per the Schedule of Subscribing Carriers
Form VTS009 0717 attached

## COMMON POLICY DECLARATIONS

Insured Name and Mailing Address:

True Investment, Inc.
7771 NW 146 Street
Miami, Fl. 33016

Surplus Lines Agent Name and Address:

Hull and Company, Inc. – Fort Lauderdale
1815 Griffin Road, Suite 300
Fort Lauderdale, FL 33004

Producing Agent:  Kathy Colangelo
License #:        A305417

Policy Period:    From: 12-28-2017  To: 12-28-2018    (12:01AM Standard Time at Insured's mailing address)
Form of Business:        Unknown

Description of Business:

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

In return for the payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.

This policy is subject to a minimum premium as per enclosed Minimum Premium Endorsement. Any associated inspection fee and policy fee are fully earned at policy inception.

# VENTUS RISK MANAGEMENT, INC.

as agents for the Carriers scheduled within
1030 Wildwood Centre Drive, Suite A
Columbia, SC 29229

Policy #: VET-GF00454170
As per the Schedule of Subscribing Carriers
Form VTS009 0717 attached

This policy consists of the following coverage parts for which premium is indicated.  This premium may be subject to adjustment.

| Coverage Part | Premium |
|---|---|
| Commercial Property | $ 120,000.00 |
| Terrorism | NOT INCLUDED |

| Total Policy Premium | $ 120,000.00 |
|---|---|

| Forms and Endorsements made a part of this policy at time of issuance |
|---|
| As per Schedule of Policy Forms and Endorsements VTS 003 01 16 attached |

These declarations together with the common policy conditions, coverage part declarations, coverage forms and endorsements, if any, issued to form a part thereof, complete this policy.

| Description of Locations |
|---|
| As per Schedule of Locations, Coverages and Limits of Insurance form VTS 001 01 16 attached |

| Coverages Provided |
|---|
| As per Schedule of Locations, Coverages and Limits of Insurance form VTS 001 01 16 attached |

| Limits of Insurance |
|---|
| As per Schedule of Locations, Coverages and Limits of Insurance form VTS 001 01 16 attached |

| Deductibles |
|---|
| As per Schedule of Deductibles by Location and Coverage form VTS 002 01 16 attached |

| Countersignature of Authorized Representative |
|---|
| Name:  Gordon F. Dobson |
| Ventus Risk Management, Inc. |
| 1030 Wildwood Centre Drive, Suite A |
| Columbia, SC  29229 |

Signature:   _[signature]_                              Date:  01-08-2018

For assistance, please contact your producer or you may call Ventus at 844-983-6887

Form # VTD 001 07 17

**COMMERCIAL PROPERTY**
VTS009 0717

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SCHEDULE OF SUBSCRIBING CARRIERS

This endorsement modifies insurance provided under this Policy.

| Name | Participation % |
|---|---|
| United Specialty Insurance Company | 100% |

Indian Harbor Insurance Company is responsible for 100% of the Equipment Breakdown Coverage provided under the terms of this policy.

VTS009 0717                                                    Page 1 of 1

Policy #: VET-GF00454170

**COMMERCIAL PROPERTY**
VTS 003 01 16

# SCHEDULE OF FORMS AND ATTACHMENTS

| FORMS | TITLE |
|---|---|
| VTJ0020717 | POLICY JACKET |
| VTCW010617 | NOTICE TO POLICYHOLDERS - FRAUD NOTICE |
| VTCW021015 | NOTICE TO POLICYHOLDERS - PRIVACY POLICY |
| VTCW051017 | NOTICE TO POLICYHOLDERS - OFAC |
| VTFL011215 | NOTICE TO POLICYHOLDERS - FLORIDA NOTICE (DEDUCTIBLE FOR HURRICANE LOSS) |
| VTFL021215 | NOTICE TO POLICYHOLDERS - FLORIDA NOTICE (CO-PAY PROVISION) |
| VTFL031015 | NOTICE TO POLICYHOLDERS - FLORIDA NOTICE (COMPLAINT NOTICE) |
| VTFL100909 | NOTICE TO POLICYHOLDERS - FLORIDA NOTICE (SURPLUS LINES NOTICE) |
| VT01060116 | NOTICE – REJECTION OF TERRORISM COVERAGE |
| VTPN0010717 | CLAIMS REPORTING FORM |
| VTD0010717 | COMMON POLICY DECLARATIONS |
| VTS0090717 | SCHEDULE OF SUBSCRIBING CARRIERS |
| VTS0030116 | SCHEDULE OF FORMS AND ATTACHMENTS |
| VTS0010116 | SCHEDULE OF LOCATIONS, COVERAGES AND LIMITS OF INSURANCE |
| VTS0020116 | SCHEDULE OF DEDUCTIBLES BY LOCATION AND COVERAGE |
| VT01190116 | COMMON POLICY CONDITIONS |
| CP00100607 | BUILDING AND PERSONAL PROPERTY  COVERAGE FORM |
| CP10301012 | CAUSES OF LOSS - SPECIAL FORM |
| CP00900788 | COMMERCIAL PROPERTY CONDITIONS |
| VTS0040116 | SCHEDULE OF MORTGAGE HOLDERS |
| VTS0080716 | SCHEDULE OF ADDITIONAL NAMED INSUREDS |
| VT01110116 | ADDITIONAL PROPERTY NOT COVERED |
| VT01701016 | PROTECTIVE SAFEGUARDS AND POLICY CONDITIONS |
| CP00300607 | BUSINESS INCOME (AND EXTRA EXPENSE)  COVERAGE FORM |
| PVB3001116 | COMMERCIAL PROPERTY COVERAGE PART EQUIPMENT BREAKDOWN COVERAGE SCHEDULE |
| PVB4001116 | EQUIPMENT BREAKDOWN COVERAGE |
| VTPN0030111 | JURISDICTIONAL INSPECTION SERVICE |
| VT01200116 | DEFINITION OF OCCURRENCE |
| VT01291016 | MINIMUM PREMIUM ENDORSEMENT |
| VT01800716 | WINDSTORM OR HAIL DEDUCTIBLE |
| VT01510116 | WINDSTORM OR HAIL, NAMED STORM OR HURRICANE PERIOD OF OCCURRENCE ENDORSEMENT |
| CP12180607 | LOSS PAYABLE PROVISIONS |
| VT01540116 | MORTGAGEHOLDERS AMENDATORY ENDORSEMENT |
| VT01661116 | FLORIDA - SINKHOLE LOSS COVERAGE |
| CP01250212 | FLORIDA CHANGES |
| IL01120610 | FLORIDA CHANGES - MEDIATION OR APPRAISAL (COMMERCIAL RESIDENTIAL PROPERTY) |
| VT01100116 | ADDITIONAL POLICY EXCLUSIONS ENDORSEMENT |
| VT01130116 | ASBESTOS AND TOXIC MATERIALS EXCLUSION |
| VT01211016 | EIFS OR DRYVIT EXCLUSION ENDORSEMENT |
| VT01350116 | PRIOR LOSS EXCLUSION ENDORSEMENT |
| VT01430116 | TOXIC DRYWALL EXCLUSION |
| CP01400706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL09530115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| VT01221116 | PROPERTY ENHANCEMENT ENDORSEMENT |

COMMERCIAL PROPERTY
VTS 001 01 16

## SCHEDULE OF LOCATIONS, COVERAGES AND LIMITS OF INSURANCE

| Prem. - Building # | Location Address | Occupancy | Construction Type◆ | Coverage | Limit of Insurance | Valuation ◆◆ | Coinsurance |
|---|---|---|---|---|---|---|---|
| 1 - 1 | 1141 -71 Palm Ave Hialeah, FL 33010 | Shopping Centers | MNC | Building | $550,000 | RC | 80% |
| 2 - 1 | 7761 W 26th Ave Hialeah, FL 33016 | Shopping Centers | MNC | Building | $2,000,000 | RC | 80% |
| 3 - 1 | 2746-52 W 77 Place Hialeah, FL 33016 | Auto Mechanical Repair | MNC | Building | $900,000 | RC | 80% |
| 4 - 1 | 4577 Nob H I Rd Sunrise, FL 33351 | Office | MNC | Building | $2,000,000 | RC | 80% |
| 5 - 1 | 1615 Hacienda Ct Tampa, FL 33605 | Apartments (4 Stories or Less) | MNC | Building Business Income With Extra Expense | $2,500,000 $375,000 | RC N/A | Agreed Value N/A |
| 6 - 1 | 1615 Hacienda Ct Tampa, FL 33605 | Apartments (4 Stories or Less) | MNC | Building Business Income With Extra Expense | $2,500,000 $375,000 | RC N/A | Agreed Value N/A |
| 7 - 1 | 4100 Palm Ave Hialeah, FL 33012 | Shopping Centers | MNC | Building | $800,000 | RC | 80% |
| 8 - 1 | 15-19 41 Street Hialeah, FL 33012 | Apartments (4 Stories or Less) | JM | Building | $200,000 | RC | 80% |
| 9 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 10 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 11 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 12 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 13 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 14 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 15 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 16 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 17 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 18 - 1 | 3600 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |

**COMMERCIAL PROPERTY**
VTS 001 01 16

| 19 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
|---|---|---|---|---|---|---|---|
| 20 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 21 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 22 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 23 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 24 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 80% |
| 25 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 90% |
| 26 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 90% |
| 27 - 1 | 3606 Royalty Court Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building | $475,000 | RC | 90% |
| 28 - 1 | 3606 Royalty Court Tampa, FL 33614 | Office | JM | Building | $225,000 | RC | 80% |
| 29 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $1,575,000 $212,278 | RC N/A | Agreed Value N/A |
| 30 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $1,350,000 $181,962 | RC N/A | 80% N/A |
| 31 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $821,000 $110,684 | RC N/A | 80% N/A |
| 32 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $537,000 $72,377 | RC N/A | 80% N/A |
| 33 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $830,000 $111,897 | RC N/A | 80% N/A |
| 34 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $233,000 $31,404 | RC N/A | 80% N/A |
| 35 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $112,000 $15,095 | RC N/A | 80% N/A |
| 36 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $1,270,000 $171,170 | RC N/A | 80% N/A |
| 37 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building Business Income With Extra Expense | $233,000 $331,404 | RC N/A | 80% N/A |

VTS 001 01 16

COMMERCIAL PROPERTY
VTS 001 01 16

| 38 - 1 | 2609 Gemini Ct<br>Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building<br>Business Income With Extra Expense | $298,000<br>$40,184 | RC<br>N/A | 80%<br>N/A |
|---|---|---|---|---|---|---|---|
| 39 - 1 | 2609 Gemini Ct<br>Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building<br>Business Income With Extra Expense | $518,000<br>$69,816 | RC<br>N/A | 80%<br>N/A |
| 40 - 1 | 2609 Gemini Ct<br>Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building<br>Business Income With Extra Expense | $537,000<br>$72,377 | RC<br>N/A | 80%<br>N/A |
| 41 - 1 | 2609 Gemini Ct<br>Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building<br>Business Income With Extra Expense | $885,000<br>$119,250 | RC<br>N/A | 80%<br>N/A |
| 42 - 1 | 2609 Gemini Ct<br>Tampa, FL 33614 | Apartments (4 Stories or Less) | JM | Building<br>Business Income With Extra Expense | $298,000<br>$40,184 | RC<br>N/A | Agreed Value<br>N/A |

\* Construction -- F (Frame or Brick Veneer), M (Metal), JM (Joisted Masonry), NC (Non-Combustible), MNC (Masonry Non-Combustible), MFR (Modified Fire Resistive),
FR (Fire Resistive), MX (Mixed)

\*\* Valuation   - ACV (Actual Cash Value), FRC (Functional Replacement Cost), RC (Replacement Cost), SP (Selling Price)

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

## SCHEDULE OF DEDUCTIBLES BY LOCATION AND COVERAGE

| Prem. #<br>Bldg. # | Location Address | Coverage | Deductibles | | | |
|---|---|---|---|---|---|---|
| | | | Windstorm & Hail | Earthquake | Sinkhole | All Other Covered<br>Causes of Loss |
| 1 - 1 | 1141 -71 Palm Ave<br>Hialeah, FL 33010 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 2 - 1 | 7751 W 28th Ave<br>Hialeah, FL 33016 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 3 - 1 | 2745-52 W 77 Place<br>Hialeah, FL 33018 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 4 - 1 | 4577 Nob Hill Rd<br>Sunrise, FL 33351 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 5 - 1 | 1615 Hacienda Ct<br>Tampa, FL 33605 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

| 6 - 1 | 1815 Hacienda Ct<br>Tampa, FL 33605 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| --- | --- | --- | --- | --- | --- | --- |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 7 - 1 | 4100 Palm Ave<br>Hialeah, FL 33012 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 8 - 1 | 15-19-41 Street<br>Hialeah, FL 33012 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 9 - 1 | 3606 Royalty Court<br>Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 10 - 1 | 3606 Royalty Court<br>Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 11 - 1 | 3606 Royalty Court<br>Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |
| 12 - 1 | 3606 Royalty Court<br>Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance<br>Policy Term Aggregate<br>Subject to min $50,000 Per Occurrence<br>All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building<br>and BPP Limits | $5,000 |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

| 13 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 14 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 15 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 16 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 17 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 18 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 19 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 20 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

| 21 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 22 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 23 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 24 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 25 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 26 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 27 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| 28 - 1 | 3606 Royalty Court Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

| 29 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
|---|---|---|---|---|---|---|
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 30 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 31 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 32 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 33 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

|  |  | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
|---|---|---|---|---|---|---|
| 34 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
|  |  | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 35 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
|  |  | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 36 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
|  |  | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 37 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
|  |  | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |

VTS 002 01 16

POLICY NUMBER: VET-GF00454170

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 39 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 40 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 41 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |
| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
| 42 - 1 | 2609 Gemini Ct Tampa, FL 33614 | Building | Hurricane: 5% Per Unit of Insurance Policy Term Aggregate Subject to min $50,000 Per Occurrence All Other Wind: $25,000 Per Occurrence | n/a | 3.0% of Building and BPP Limits | $5,000 |

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
VTS 002 01 16

| | | Business Income With Extra Expense | 72 hours | n/a | 72 hours | 72 Hour Waiting Period |
|---|---|---|---|---|---|---|

\* All Other Causes of Loss -- All losses covered by this policy except for Windstorm or Hail, Earthquake and Sinkhole as shown above.

COMMERCIAL PROPERTY
VT 01 19 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation.
3. We will provide advanced notice of cancellation in accordance with the statutory provisions for cancellation of policies for the state in which the first Named Insured is domiciled.
4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
7. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. The terms of this policy can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

## D. Inspections and Surveys

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 19 01 16

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured. If you die, your rights and duties will be transferred to your legal representative   but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H., Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

© ISO Properties, Inc., 2007

c. **Personal Property Of Others** that is:

   (1) In your care, custody or control; and

   (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c. Automobiles held for sale;

   d. Bridges, roadways, walks, patios or other paved surfaces;

   e. Contraband, or property in the course of illegal transportation or trade;

   f. The cost of excavations, grading, backfilling or filling;

   g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

      (1) The lowest basement floor; or

      (2) The surface of the ground, if there is no basement;

   h. Land (including land on which the property is located), water, growing crops or lawns;

   i. Personal property while airborne or waterborne;

   j. Bulkheads, pilings, piers, wharves or docks;

   k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   l. Retaining walls that are not part of a building;

   m. Underground pipes, flues or drains;

   n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software;

   o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

   p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

      (1) Are licensed for use on public roads; or

      (2) Are operated principally away from the described premises.

      This paragraph does not apply to:

      (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

      (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

      (c) Rowboats or canoes out of water at the described premises; or

      (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

© ISO Properties, Inc., 2007

CP 00 10 06 07   □

q. The following property while outside of buildings:

  (1) Grain, hay, straw or other crops;

  (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

  (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

  (2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

  (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

    (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

  (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

  (5) **Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount: | $ 10,500 |
|     Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

**(3)** The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

© ISO Properties, Inc., 2007     □

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    **(a)** You were required to comply with before the loss, even when the building was undamaged; and

    **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

    **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(I)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(II)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

© ISO Properties, Inc., 2007

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d. **Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

    © ISO Properties, Inc., 2007      ☐

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
–     250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $  70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $  90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $  60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $  80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (8) Cooperate with us in the investigation or settlement of the claim.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

      (1) Pay the value of lost or damaged property;

      (2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

      (3) Take all or any part of the property at an agreed or appraised value; or

      (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

      We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

   b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   d. We will not pay you more than your financial interest in the Covered Property.

   e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

      (1) We have reached agreement with you on the amount of loss; or

      (2) An appraisal award has been made.

© ISO Properties, Inc., 2007    CP 00 10 06 07    □

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d. and e. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

 © ISO Properties, Inc., 2007

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | | |
|---|---|---|
| | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

    **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | | |
|---|---|---|
| | The value of the property is: | |
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

    **a.** The term mortgageholder includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

        **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

        **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

### EXAMPLE

| | | |
|---|---|---:|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

© ISO Properties, Inc., 2007

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

    © Insurance Services Office, Inc., 2011

This exclusion does not apply:

(1) When "fungus", wet or dry rot or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d.(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2011

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

C. **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

   (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

   (2) Changes in or extremes of temperature;

   (3) Disease;

   (4) Frost or hail; or

   (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, C.3., does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in **2.a.** or **2.b.**;

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does not apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

If an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. Additional Coverage Extensions

1. Property In Transit

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. Water Damage, Other Liquids, Powder Or Molten Material Damage

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. Glass

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

       (1) The cost of filling sinkholes; or

       (2) Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss or damage to:

       (1) Personal property in the open; or

       (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means:

    (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

    (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

   © Insurance Services Office, Inc., 2011   CP 10 30 10 12

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

I. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY<br>SCHEDULE OF MORTGAGE HOLDERS

# SCHEDULE OF MORTGAGE HOLDERS

**MORTGAGE HOLDERS**

| Prem. No. | Bldg. No. | Mortgage Holder Name And Mailing Address |
|---|---|---|
| 2 | 1 | Professional Bank, 1575 San Remo Ave, Coral Gables, FL 33146 |
| 2 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 3 | 1 | Professional Bank, 1575 San Remo Ave, Coral Gables, FL 33146 |
| 4 | 1 | BAC Florida Bank ISAOA ATIMA , C/O Dovenmuehle Mortgage, Inc.  P.O. Box 961282, Fort Worth, TX 76161 |
| 5 | 1 | Wells Fargo Bank,, National Assoc. on Behalf of Wilmington Trust 929 Gessner,  Suite 1700, Houston, TX 77024 |
| 6 | 1 | Wells Fargo Bank,, National Assoc. on Behalf of Wilmington Trust 929 Gessner,  Suite 1700, Houston, TX 77024 |
| 7 | 1 | U.S. Century Bank, As Additional Insured ISAOA, ATIMA 2301 NW 87 Ave, Coral Gables, FL 33146 |
| 8 | 1 | U.S. Century Bank, As Additional Insured ISAOA, ATIMA  2301 NW 87 Ave, Coral Gables, FL 33146 |
| 9 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 10 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 11 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 12 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 13 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 14 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 15 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 16 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 17 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 18 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 19 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 20 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 21 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |

SCHEDULE OF MORTGAGE HOLDERS

VTS 004 0116

POLICY NUMBER: VET-GF00454170

**COMMERCIAL PROPERTY**
**SCHEDULE OF MORTGAGE HOLDERS**

| | | |
|---|---|---|
| 22 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 23 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 24 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 25 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 26 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 27 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |
| 28 | 1 | Valley National Bank, P.O. Box 261510, Miami, FL 33126 |

**SCHEDULE OF MORTGAGE HOLDERS**

VTS 004 0116

COMMERCIAL PROPERTY
VTS 008 07 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SCHEDULE OF ADDITIONAL NAMED INSUREDS

This endorsement modifies insurance provided under this Policy.

In addition to the Named Insured stated on the Declarations, this policy is amended to include as a named insured each person or organization shown in the schedule below.

| Name |
| --- |
| Valley National Bank |
| U.S. Century Bank |
| GEMSA Loan Services Inc |
| BAC Florida Bank ISAOA ATIMA |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## ADDITIONAL PROPERTY NOT COVERED

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNER COVERAGE FORM

The following are added to **A. Coverage, 2. Property Not Covered** unless specifically listed in the Declarations, Statement of Values, or on the Additional Covered Property Endorsement (VT 01 09 attached to this policy):

- Machinery and equipment in the open including gasoline pumps
- Contractor's Equipment including trailers used to transport such equipment
- Buildings or structures in the course of construction including materials and supplies except additions to or alterations and repairs on or within the existing walls of existing buildings or structures covered by this policy pursuant to A1.a.(5)
- Power transmission and/or feeder lines
- Property line walls, gates, latticework and trellises
- Walkways, boardwalks, catwalks, trestles, dams, and tunnels, all whether for pedestrians or vehicles
- Seawalls
- Swimming pools, wading pools, decorative pools,  spas, hot tubs and Jacuzzis, whether in the ground or above the ground, waterfalls, fountains,  diving platforms or diving boards, all while situated outdoors
- Gazebos, cabanas, bars and snack bars situated outside covered buildings
- Signs not attached to a building or structure
- Signs attached to a building or structure with a value greater than $2,500
- Awnings, canopies, and carports whether attached or not to a building or structure including any structure or covering over gasoline pumps, swimming pools or wading pools
- Light poles including attached fixtures, and street signs
- Lanai or any similar structure abutting, enclosing or partially enclosing  a swimming or wading pool
- Greenhouses, shade houses, hot houses and glass houses
- Tennis, basketball or shuffleboard courts including lighting and fencing
- Other buildings and structures at a Covered Location not specifically described and included as Covered Property

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

COMMERCIAL PROPERTY
VT 01 70 10 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS AND POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE PART
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE PART
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY FORM

A.  The following **Protective Safeguards** and **Policy Conditions** are added to the Commercial Property Conditions.

As a condition of this policy, you are required to have and maintain the protective devices and/or services listed in the Schedule below.   The protective safeguard(s) to which this endorsement applies are identified by the following symbols:

**Fire Protective Safeguards**

**P1:**  Functioning Sprinkler System with central station alarm response covering 100% of the building.

**P2:**  Functioning Sprinkler System with central station alarm response covering part of the building.

For the purposes of P1 and P2 above, "Sprinkler System" means:

a.  a fully functioning automatic fire protective or extinguishing system supplied with the proper extinguishing agent for which the system was designed, including connected sprinklers and discharge nozzles; ducts, pipes, valves and fittings; tanks, their component parts and supports; and pumps and private fire protection mains; and

b.  when supplied from an automatic fire protective system, non-automatic fire protective systems, hydrants, standpipes and outlets.

**P3:**  Each unit and all common areas are protected by functioning smoke detection devices that are maintained at least annually.

**P4:**  All buildings and occupancies are protected by functioning smoke detection devices that are maintained at least annually.

**P5:**  Functioning central station fire alarm covering 100% of the building.

**P6:**  Functioning central station fire alarm system covering part of the building.

**P7:**  Service Contract with a privately owned fire department providing fire protection services to the described premises.

 Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

**Burglary and Theft Protective Safeguards**

B1:  Automatic Burglary Alarm, protecting the entire building, which signals to an outside central station or a police station.

B2:  Automatic Burglary Alarm, protecting the entire building, which has a loud sounding gong or siren on the outside of the building.

B3:  Security Service with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

B4:  Premises protected by a functioning and activated central station burglar alarm system that is in the "on" position during all non-working hours and when the premises are unoccupied.

B5:  Premises protected by a functioning and activated central station burglary alarm system having contacts on all doors, windows and accessible building openings and motion detection covering 100% of the interior of the building.  The system must be in the "on" position during all non- working hours and when the premises of the insured are unoccupied.

**Policy Conditions**

R1:  Unused flammable materials must be stored in NFPA approved storage containers.

R2:  All used flammable materials must be disposed of in NFPA approved disposal containers.

R3  Woodworking operations must be in compliance with NFPA 664 standards (Standards for Prevention of Fires and Explosions in Wood Processing and Woodworking Facilities).

R4:  All commercial painting/staining/finishing operations are required to have NFPA approved paint booths with explosion proof wiring connection and fixtures.

R5:  All computer and telephone systems and related electronic equipment must be protected by functioning surge protectors.

R6:  The entire electrical system is protected by functioning circuit breakers (no fuses are present).

R7:  All electrical wiring throughout the entire building consists of solid copper wire with plastic coating or polyvinyl sheathing.

R8:  Within the past 25 years the entire electrical system has been completely replaced throughout the entire building starting at the point where the electrical service enters the building, including circuit breakers and all wiring.

R9:  All plumbing supplying water throughout the entire building consists of copper, PVC or CVPC pipes.

R10:  Within the past 25 years the entire plumbing system supplying water has been completely replaced throughout the entire building starting at the point where the water service enters the building.

R11:  Roof surface has been completely replaced within the past 15 years

R12:  Roof surface has been completely replaced within the past 20 years.

R13:  Roof surface has been completely replaced or recoated within the past 25 years.

R14:  Flat roofs have been resurfaced or replaced within the past 15 years and all roof drains are kept clear of debris and maintained in operating condition.

R15:  Pitched shingled roofs have been re-shingled or replaced within the past 20 years.

R16:  The covering (other than shingles) on pitched roofs has been completely replaced within the past 35 years.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 70 10 16

B.  The following is added to the **Exclusions** section of the Causes of Loss – Basic Form and Causes of Loss - Special Form.

1.  We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a.  are not in compliance with any Fire Protective Safeguards, including any Custom Fire Protective Safeguards, listed in the Schedule;

b.  knew of any suspension or impairment in any Protective Safeguard listed in the Schedule and failed to notify us of that fact; or

c.  failed to maintain any Protective Safeguard listed in the schedule, and over which you had control, in complete working order.

If an automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

2.  We will not pay for loss or damage caused by or resulting from theft (if covered under the Causes of Loss – Special Form) or vandalism to the interior of the building or its contents if, prior to the theft or vandalism, you:

a.  are not in compliance with any Burglary and Theft Protective Safeguards, including any Custom Burglary and Theft Protective Safeguards, listed in the Schedule;

b.  knew of any suspension or impairment in any Burglary and Theft Protective Safeguards listed in the Schedule and failed to notify us of that fact; or

c.  failed to maintain any Burglary and Theft Protective Safeguards listed in the Schedule, and over which you had control, in complete working order.

3.  We will not pay for loss or damage caused by or resulting from fire or explosion, if prior to the fire or explosion, any of Policy Conditions R1 through R4 are included in the Schedule and you are not in compliance with those conditions.

4.  We will not pay for loss or damage caused by or resulting from power surge or electrical arcing, if prior to the power surge or electrical arcing, Policy Condition R5 is included in the Schedule and you are not in compliance with that conditions.

5.  We will not pay for loss or damage caused by or resulting from electrical arcing or fire, if prior to the electrical arcing or fire, any of Policy Conditions R6 through R8 are included in the Schedule and you are not in compliance with those conditions.

6.  We will not pay for loss or damage caused by or resulting from water damage, if prior to the water damage, any of Policy Conditions R9 through R10 are included in the Schedule and you are not in compliance with those conditions.

7.  We will not pay for loss or damage caused by or resulting from water damage originating from the roof, if prior to the water damage, any of Policy Conditions R11 through R16 are included in the Schedule and you are not in compliance with those conditions.

8.  We will not pay for loss or damage, from any cause of loss, if prior to the loss or damage, you are not in compliance with any of the Custom Policy Conditions included in the Schedule, if any.

C.  If any of Policy Conditions R11 through R16 are included in the Schedule and you are not in compliance with those conditions, the following is added to G. Optional Coverages, 3. Replacement Cost of the Building and Personal Property Coverage Form:

This optional coverage also does not apply to the roofing system, which includes, but is not limited to, the roof covering, decking, support and flashing.

COMMERCIAL PROPERTY
VT 01 70 10 16

## SCHEDULE

| Item | Applicable Buildings (Location # - Building #) | Item | Applicable Buildings (Location # - Building #) |
|------|-----------------------------------------------|------|-----------------------------------------------|
| P1 | None | R1 | None |
| P2 | None | R2 | None |
| P3 | None | R3 | None |
| P4 | None | R4 | None |
| P5 | None | R5 | None |
| P6 | None | R6 | None |
| P7 | None | R7 | None |
| B1 | None | R8 | None |
| B2 | None | R9 | None |
| B3 | None | R10 | None |
| B4 | None | R11 | None |
| B5 | None | R12 | None |
|  |  | R13 | None |
|  |  | R14 | None |
|  |  | R15 | None |
|  |  | R16 | None |

Custom Fire Protective Safeguards, Custom Burglary and Theft Protective Safeguards and Custom Policy Conditions are described as follows:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 70 10 16

| Item | Applicable Buildings (Location # - Building #) |
|---|---|
| This quote does not provide coverage for loss or damage, direct or indirect, caused by or resulting from Named Storm Irma. | All |

Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F., Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income Including "Rental Value".

(2) Business Income Other Than "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

© ISO Properties, Inc., 2007

3. **Covered Causes Of Loss, Exclusions And Limitations**

   See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Limitation – Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

   a. **Civil Authority**

   In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

          © ISO Properties, Inc., 2007          CP 00 30 06 07          □

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

   (a) Used in the construction, alterations or additions; or

   (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

   (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

   (b) Ends on the earlier of:

     (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

     (ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

   (a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

   (b) Ends on the earlier of:

     (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

     (ii) 30 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss — Broad Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage — Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage — Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage — Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

© ISO Properties, Inc., 2007
CP 00 30 06 07   □

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of the business before the direct physical loss or damage occurred;

      (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

         (b) Bills, invoices and other vouchers; and

         (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

         (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

      We will reduce the amount of your:

      (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

D. **Additional Condition**

   **COINSURANCE**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

   We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

   1. The Coinsurance percentage shown for Business Income in the Declarations; times

   2. The sum of:

      a. The Net Income (Net Profit or Loss before income taxes), and

      b. Operating expenses, including payroll expenses,

      that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

E. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

  (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

  (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

  a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

   (1) The Limit of Insurance, multiplied by

   (2) The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 120,000 |
| The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| ($120,000 x 1/4 = $30,000) | | |
| If, in this example, the actual amount of loss is: | | |
| Days 1–30: | $ | 40,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 90,000 |
| We will pay: | | |
| Days 1–30: | $ | 30,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

  a. To activate this Optional Coverage:

   (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

    (a) During the 12 months prior to the date of the Work Sheet; and

    (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

   (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

    (a) The Coinsurance percentage shown in the Declarations; multiplied by

    (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

  b. The Additional Condition, Coinsurance, is suspended until:

   (1) 12 months after the effective date of this Optional Coverage; or

   (2) The expiration date of this policy;

   whichever occurs first.

  c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

   (1) Within 12 months of the effective date of this Optional Coverage; or

   (2) When you request a change in your Business Income Limit of Insurance.

  d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

   (1) The Business Income Limit of Insurance; divided by

   (2) The Agreed Value.

© ISO Properties, Inc., 2007

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

   4. **Extended Period Of Indemnity**

     Under Paragraph A.5.c., Extended Business Income, the number 30 in Subparagraphs (1)(b) and (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

   1. "Finished stock" means stock you have manu-factured.

     "Finished stock" also includes whiskey and al-coholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

     "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

   2. "Operations" means:

     a. Your business activities occurring at the described premises; and

     b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

   3. "Period of restoration" means the period of time that:

     a. Begins:

       (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

       (2) Immediately after the time of direct physical loss or damage for Extra Ex-pense Coverage;

     caused by or resulting from any Covered Cause of Loss at the described premises; and

     b. Ends on the earlier of:

       (1) The date when the property at the de-scribed premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

       (2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any in-creased period required due to the enforce-ment of any ordinance or law that:

     (1) Regulates the construction, use or re-pair, or requires the tearing down, of any property; or

     (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

   4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   5. "Rental Value" means Business Income that consists of:

     a. Net Income (Net Profit or Loss before In-come taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any por-tion of the described premises which is oc-cupied by you; and

     b. Continuing normal operating expenses incurred in connection with that premises, including:

       (1) Payroll; and

       (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

   6. "Suspension" means:

     a. The slowdown or cessation of your busi-ness activities; or

     b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© ISO Properties, Inc., 2007

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COMMERCIAL PROPERTY COVERAGE PART
## EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM

Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.  These coverages apply to all locations covered on the policy, unless otherwise specified.

| Coverages | Limits |
|---|---|
| Equipment Breakdown Limit | Included within the limits shown in the Schedule of Locations, Coverages and Limits of Insurance Form attached to the policy |
| Business Income/Extra Expense | Included within the Business Interruption limits shown in the Schedule of Locations, Coverages and Limits of Insurance Form attached to the policy |
| Utility Interruption | Included within the Utility Interruption limits, if any, shown in the Property Enhancement Endorsement Schedule, if applicable. |
| Expediting Expenses | $100,000 |
| Hazardous Substances | $100,000 |
| Perishable Goods | $50,000 |
| Data Restoration | $100,000 |
| Ordinance or Law | $100,000 |
| Off Premises Property Damage | $25,000 |
| Fungus, Wet Rot, Dry Rot, Bacteria | $25,000 |

| Deductibles/Waiting Period | |
|---|---|
| Property Damage | As per the AOP deductible for Building and BPP as shown in the Schedule of Deductibles by Location and Coverage Form attached to the policy |
| Business Income/Extra Expense | As per the Business Interruption Waiting Period as shown in the Schedule of Deductibles by Location and Business Interruption Coverage Form attached to the policy |
| Perishable Goods | As per the AOP deductible shown in the Schedule of Deductibles by Location and Coverage Form attached to the policy |
| Utility Interruption Waiting Period | As per the Business Interruption Waiting Period as shown in the Schedule of Deductibles by Location |

| Other Conditions |
|---|
| |

All other terms and conditions of this policy remain unchanged.

© 2016 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM

This endorsement is subject to all the provisions of this policy's coverage form and applicable causes of loss form and, if attached to and made a part of this policy, the Business Income Coverage Form and Utility Services Coverage Form, except as otherwise provided in this endorsement.

The following is added as an Additional Coverage to the applicable Causes of Loss Form with respect to the premises described in the Schedule:

**Additional Coverage – Equipment Breakdown**

We will pay for direct damage to Covered Property resulting from a "Breakdown" to "Covered Equipment" at the premises described in the Declarations, that is owned or leased by you or operated under your control. The most we will pay for any and all coverages for loss or damage from any "One Breakdown" is the applicable Equipment Breakdown Limit shown in the Equipment Breakdown Coverage Schedule.

**A.    Equipment Breakdown Coverage Extensions**

Each of the following coverages is provided if either a limit or the word INCLUDED is shown for that coverage in the Equipment Breakdown Coverage Schedule.   If neither a limit nor the word INCLUDED is shown, then that coverage is not provided within this Coverage Endorsement.

These coverages apply only to that portion of the loss or damage that is a direct result of an Equipment Breakdown Covered Cause of Loss and are subject to the limits shown in the Equipment Breakdown Coverage Schedule.

**1.    Business Income**

If the Business Income Coverage Form is attached to and made a part of this policy, it is extended to the coverage provided by this endorsement. The interruption in business or extra expense must be caused by or result from a "Breakdown" to "Covered Equipment".

If a deductible is shown in the Equipment Breakdown Coverage Schedule, the "Period of Restoration" will begin immediately after the "Breakdown" and the deductible shown in the Equipment Breakdown Coverage Schedule will apply.

© 2016 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2.   **Utility Interruption**

If the Utility Services Coverage Form is attached to and made a part of this policy, that coverage is extended under this Equipment Breakdown Endorsement to include a covered loss of Business Income and Extra Expense resulting from the interruption of "Utility Services" provided all of the following conditions are met:

a.   The interruption is the direct result of a "Breakdown" to "Covered Equipment" owned, operated or controlled by the local private or public utility or distributor that directly generates, transmits, distributes or provides "Utility Services" which you receive;

b.   The "Covered Equipment" is used to supply "Utility Services" to the premises described in the Declarations; and

c.   The interruption of "Utility Services" exceeds the Waiting Period shown in the Equipment Breakdown Coverage Schedule.   Once this waiting period is met, coverage will commence at the initial time of the interruption and will be subject to all applicable deductibles.

This Coverage Extension does not pay for loss of Business Income or Extra Expense caused directly or indirectly by any of the following: earth movement; water; acts of sabotage; collapse; deliberate act(s) of load shedding by the supplying utility; freezing caused by cold weather; impact of aircraft, missile or "Vehicle"; impact of objects falling from an aircraft or missile; lightning; riot, civil commotion or vandalism; sinkhole collapse; smoke; or weight of snow, ice or sleet.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.   The exclusions apply whether or not the interruption of "Utility Services" results in widespread damage or affects a substantial area.

3.   **Expediting Expenses**

This endorsement is extended to cover the reasonable and extra cost incurred by you to make temporary repairs and expedite permanent repairs or permanent replacement of Covered Property damaged by a "Breakdown" to "Covered Equipment".

4.   **Hazardous Substances**

This endorsement is extended to cover expenses incurred by you for the additional cost to repair or replace Covered Property because of contamination by a "Hazardous Substance". This includes the additional expenses to clean up or dispose of such property.  This does not include contamination of "Perishable Goods" by a refrigerant, including but not limited to ammonia, which is addressed in A. 5.b. below.  As used in this coverage, additional cost means those above what would have been payable under this Equipment Breakdown Coverage had no "Hazardous Substance" been involved.

5.   **Perishable Goods**

This endorsement is extended to cover the following:

a.   Loss of "Perishable Goods" due to "spoilage" resulting from a "Breakdown" to "Covered Equipment";

b.   Loss of "Perishable Goods" due to contamination from the release of a refrigerant, resulting from a "Breakdown" to "Covered Equipment".  Refrigerant includes, but is not limited to ammonia;

© 2016 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    c.    Loss of "Perishable Goods" due to "Spoilage" that is caused by or results from an interruption in "Utility Services" resulting from a "Breakdown" to "Covered Equipment";

    d.    Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage;

    e.    Reasonable and necessary expense to properly dispose of damaged "Perishable Goods".

It is a condition of this coverage that if you are unable to replace the "Perishable Goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "Perishable Goods" at the time of the "Breakdown", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the "Stock" Valuation condition in the Building and Personal Property Coverage Form.

**6.    Data Restoration**

This endorsement is extended to cover the reasonable and necessary costs incurred by you to research, replace or restore lost "Data" and reprogram instructions used with any "Covered Equipment" damaged by a "Breakdown".

In addition, if the Business Income Coverage Form is attached to and made a part of this policy, that coverage is extended to include loss of Business Income you sustain and, if applicable, necessary Extra Expense you incur subject to the Data Restoration limit shown in the Equipment Breakdown Coverage Schedule.

**7.    Ordinance or Law**

    a.    This endorsement is extended to cover the reasonable and necessary expenses incurred by you that are directly resulting from the enforcement of a law or ordinance as a direct result of damage to Covered Property as a "Breakdown" resulting from a "Breakdown" to "Covered Equipment" which regulates the demolition, construction, repair, or replacement or use of insured buildings or structures; and is in force at the time of a "Breakdown".

    b.    Coverage under this Coverage Extension is provided for:

        (1)    Undamaged Portions – the value of the undamaged portions of the insured buildings or structures when those portions are demolished;

        (2)    Demolition – the reasonable and necessary expense to demolish and remove any physically undamaged portions of the insured buildings or structures; and

        (3)    Compliance with the Law – the reasonable and necessary expense incurred to rebuild such insured buildings or structures in order to comply with the minimum requirement of the law, regulation or ordinance being enforced.

    c.    If the Business Income Coverage Form is attached to and made a part of this policy, that coverage is also extended to include loss of Business Income you sustain and, if applicable, necessary Extra Expense you incur subject to the Ordinance or Law limit shown in the Equipment Breakdown Coverage Schedule.

    d.    This Coverage Extension does not cover any loss, cost or expense required by the enforcement of any law, regulation or ordinance regulating any form of "Hazardous Substances" or "Fungus" and any cost or expense to comply with any law, regulation

© 2016 X.L. America, Inc. All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

or ordinance with which you would have been required to comply with had the damage not occurred.

**8.    Off Premises Property Damage**

This endorsement is extended to include transportable "Covered Equipment" which at the time of the "Breakdown" is not at a Covered Premises indicated in the Declarations or at any other location owned or leased by you.  Coverage applies worldwide except in countries where the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**9.    Fungus, Wet Rot, Dry Rot and Bacteria**

This endorsement is extended to cover additional costs you incur to repair or replace Covered Property because of contamination by "Fungus", wet rot, dry rot or bacteria resulting from a "Breakdown" to "Covered Equipment".  Coverage includes the additional costs to clean up or dispose of such property.  Coverage also includes the cost of testing performed after repair or replacement of the damaged Covered Property is completed, to the extent there is reason to believe there is the presence of "Fungus", wet rot, dry rot or bacteria.

In addition, if the Business Income Coverage Form is attached to and made a part of this policy, that coverage is extended to include loss of Business Income you sustain and, if applicable, necessary Extra Expense you incur subject to the Fungus, Wet Rot, Dry Rot and Bacteria limit shown in the Equipment Breakdown Coverage Schedule.

**B.    Exclusions**

All exclusions in the applicable Causes of Loss Form apply except as modified below and to the extent that coverage is specifically provided by the Additional Coverage Equipment Breakdown.

**1.    The following Exclusions are deleted:**

    **a.**    in the Causes of Loss – Special Form:  B.2.a.; B.2.d.(6); and B.2.e

    **b.**    In the Causes of Loss – Basic Form; B.2.a.; B. 2.d.; and B.2.e.

**2.    With regard to the Causes of Loss – Special Form, the last paragraph of Exclusion B. 2.d. is deleted and replaced by the following:**

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "Breakdown", we will pay the resulting loss or damage to Covered Property not otherwise excluded.

**3.    With regard to the Causes of Loss – Basic Form, the following exclusion is added:**

Depletion, deterioration, corrosion, erosion, wear and tear rust, "Fungus", decay, wet or dry rot, or mold.  However, if a "" Breakdown" results, we will pay for the resulting loss, damage or expense caused by that "Breakdown".

**4.    With regard to the Causes of Loss – Special Form and the Causes of Loss – Basic Form, the following exclusion is added.**

We will not pay under this Endorsement for loss or damage caused directly or indirectly by any of the following:

    **a.**    hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

    **b.**    defect, programming error, programming limitation, computer virus, malicious code,

© 2016 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

loss of "Data", loss of access, loss of use, loss of functionality or other condition within or involving "Data" or "Media" of any kind; or

c.    misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

5.    With regard to coverage provided by this Endorsement only, Covered Property does not include live animals.

**C.    Deductibles**

1.    Application of Deductibles

We will not pay for loss or damage resulting from any one "Breakdown" until the amount of covered loss or damage exceeds the deductible shown in the Equipment Breakdown Coverage Schedule for each applicable coverage. We will then pay the amount of covered loss or damage in excess of the deductible, up to the applicable Limit of Insurance. Deductibles apply separately for each applicable coverage except if:

a.    A deductible is shown as COMBINED for any of the coverages in the Equipment Breakdown Coverage Schedule, then we will first subtract the combined deductible amount from the aggregate amount of any loss to which the combined deductible applies; or

b.    More than one "Covered Equipment: is involved in one "Breakdown", then only one deductible, the highest, shall apply for each of the applicable coverages.

2.    Determination of Deductibles

a.    Dollar Deductible

If a dollar deductible is shown in the Equipment Breakdown Coverage Schedule, will first subtract the deductible amount from any loss we would otherwise pay.

b.    Time Deductible

If a time deductible is shown in the Equipment Breakdown Coverage Schedule, we will not be liable for any loss under than coverage that occurs during that specified time period immediately following a "Breakdown". If a time deductible is shown in days, each day shall mean twenty-four consecutive hours.

c.    Multiple of Daily Value Deductible

If a multiple of daily value is shown in the Equipment Breakdown Coverage Schedule, this deductible will be calculated as follows:

(1)    For the entire premises where the loss occurred, determine the total amount of "Business Income" that would have been earned during the "Period of Restoration" had no "Breakdown" taken place.

(2)    Divide the result in Paragraph (1) by the number of days the business would have been open during the "Period of Restoration." The result is the daily value.

(3)    Multiply the daily value in Paragraph (2) by the number of days shown in the Equipment Breakdown Coverage Schedule.   We will first subtract this deductible amount from any loss we would otherwise pay. We will then pay

© 2016 X.L. America, Inc. All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

the amount of loss or damage in excess of the deductible, up to the applicable Limit of Insurance.

    **d.**    Percentage of Loss Deductible

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible amount will be the applicable deductible.

**D.**    **Conditions**

The following conditions are in addition to the Condition in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

    **1.**    Suspension

Whenever "Covered Equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from a "Breakdown" to that "Covered Equipment"   This can be done by mailing or delivering a written notice of suspension to:

    **a.**    your last known address; or

    **b.**    the address where the "Covered Equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "Covered Equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "Covered Equipment" for the period of suspension. But the suspension will be effective even if we have not yet make or offered a refund.

    **2.**    Jurisdictional Inspections

If any property that is "Covered Equipment under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

    **3.**    Valuation - Environmental, Safety and Efficiency Improvements

If "Covered Equipment" requires replacement due to a "Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**E.**    **Definitions**

    **1.**    **Breakdown**

Means the following direct physical loss that causes damage to "Covered Equipment" and necessitates its repair or replacement:

    **a.**    Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.**    Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing that damages, disturbs, disrupts or otherwise interferes with any

© 2016 X.L. America, Inc. All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

electrical or electronic wire, device, appliance, system or network;

c.   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d.   Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e.   Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.   **Covered Equipment**

Means the following, unless specified otherwise in the Equipment Breakdown Coverage Schedule:

a.   Equipment that generates, transmits, controls or utilizes energy, including electronic communications and Data processing equipment; and

b.   Equipment which, during normal usage, operates under vacuum or pressure, other that the weight of its contents.

"Covered Equipment" does not include any of the following:

(1)   structure, foundation, cabinet, compartment or air supported structure or building;

(2)   insulating or refractory material;

(3)   sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(4)   water piping other than boiler feed water piping, boiler condensate return piping or water piing forming a part of a refrigerating or air conditioning system;

(5)   "Vehicle" or any equipment mounted on a "Vehicle";

(6)   satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7)   dragline, excavation or construction equipment; or

(8)   equipment manufactured by you for sale.

3.   **Data**

Means programmed and recorded material stored on "Media" and programming records used for electronic data processing or electronically-controlled equipment.

4.   **Fungus**

Means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

5.   **Hazardous Substances**

Means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

 © 2016 X.L. America, Inc. All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

6.   **Media**

Means electronic "Data" processing or storage media such as films, tapes, discs, drums or cells.

7.   **One Breakdown**

Means if an initial "Breakdown" causes other "Breakdown", all will be considered "One Breakdown". All "Breakdowns" that manifest themselves at the same time and are the direct result of the same cause will be considered "One Breakdown".

8.   **Period of Restoration**

Means the period of time that begins at the time of the "Breakdown" of "Covered Equipment" and continues until the earlier of:

a.   The date the "Covered Equipment" is repaired or replaced; or

b.   The date on which such damage could have been repaired or replaced with the exercise of due diligence and dispatch.

9.   **Perishable Goods**

Means any Covered Property subject to deterioration or impairment as a result of a change of conditions, including, but not limited to, temperature, humidity or pressure.

10.   **Utility Services**

Means electric power, communication services, air conditioning, heating, gas, sewer, waste disposal, refrigeration, compressed air, internet access, wide area networks, "Data" transmissions, cloud computing services, water and steam.

11.   **Vehicle**

As respects this Equipment Breakdown Coverage Endorsement, "vehicle" means any machine or apparatus, including, but not limited to, cars, trucks, buses, trailers, trains, aircraft, watercraft, forklifts, bulldozers, tractors or harvesters, that is used for transportation or moves under its own power. However, any transportable equipment permanently installed at a covered location that receives electrical power from an external power source will be considered "Covered Equipment".

All other terms and conditions of this policy remain unchanged.

© 2016 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NOTICE TO POLICYHOLDERS

# JURISDICTIONAL INSPECTION SERVICE

Jurisdictional Inspection Service for boilers and pressure vessels **is an included benefit within this policy**.

These inspections help insureds **prevent loss** and ensure local inspection requirements are being met.  Inspectors are located throughout the United States, providing service in a timely manner.

**IMPORTANT**: To request an inspection, contact:

**Contact: Manny Regateiro**
**Email: Manny.Regateiro@BoilerProperty.com**
**Contact #: 1-770-614-3111**

Any and all correspondence should have:

1. **The name of the Insured**
2. **A policy number**
3. **Reference the "Ventus Property Program"**

© 2015 X.L. America, Inc.  All Rights Reserved.
May not be copied without permission.

COMMERCIAL PROPERTY
VT 01 20 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEFINITION OF OCCURRENCE AND PERIODS OF OCCURRENCE ENDORSEMENT

This endorsement modifies insurance provided under this policy.

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERICAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY

**A.   Definitions**

The following is added to the **Definition** section:

"Occurrence" means losses or damages attributable directly or indirectly to:

1. One cause, incident, event or repeated exposure to the same cause, incident or event;

2. One series of similar causes, event or incident or repeated exposure to the same cause, event or incident that first takes place in the policy period; and/or

This definition applies whenever the word "occurrence" is used, whether the word appears in quotations, italics, bold or normal print.

**B.   Periods of Occurrence**

1. If Windstorm or Hail, Named Storm or Hurricane is covered under this Policy, the following conditions will apply:
   All Windstorm or Hail, Named Storm or Hurricane events occurring within any 72-hour period will constitute a single occurrence. The expiration of this policy will not reduce the 72-hour period. When filing the proof of loss, you may elect the moment at which the 72-hour period will be deemed to have commenced, but no earlier than when the first loss to the Covered Property occurred.

2. If Earthquake or Volcanic Eruption is covered under this Policy, the following conditions will apply:
   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

In no event will payment made under this policy exceed the applicable Limit of Insurance shown in the Declarations, regardless of the number of covered locations involved or sublimit applicable in any one occurrence.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## MINIMUM PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

This endorsement cancels and supersedes any cancellation provision in the policy in regards to refund or return premium calculations if we or you cancel this policy, remove a location from this policy or reduce the Limit of Insurance on a location covered by this policy.

If we or you cancel this policy, remove a location from this policy or reduce the Limit of Insurance on a location covered by this policy, the minimum premium for that cancellation, removed location or reduced Limit of Insurance will be determined as follows:

a. 80% of the total policy premium (excluding TRIA premium) shown on the Policy Declarations or the portion of the premium attributable to the location removed or the portion of the premium attributable to the reduced Limit of Insurance, if the policy was in effect, or the location was covered by the policy, at any time during the period from June 1st to November 30th.

b. 35% of the total policy premium (excluding TRIA premium) shown on the Policy Declarations or the portion of the premium attributable to the location removed or the portion of the premium attributable to the reduced Limit of Insurance, if the policy was not in effect at any time during the period from June 1st to November 30th.

If this policy is cancelled by the Insured or the Insured removes a location from this policy, the minimum earned fees will be 100% of the Inspection Fee and Policy Fee shown on the Policy Declarations, which are fully earned on the inception date of this policy.

All other terms and conditions remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 80 07 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE PART

The Windstorm or Hail Deductible set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement, a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement.

**A. Definitions**

1.  **Hurricane** – A Hurricane is a storm system that has been declared to be a Hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The Hurricane occurrence begins at the time a Hurricane watch or Hurricane warning is issue by the NHC for the area in which the affected premises are located, and ends 72 hours after the termination of the last Hurricane watch or Hurricane warning issued for that area by the NHC.

2.  **Named Storm** – A Named Storm is a storm system that has been identified as a tropical storm or hurricane and assigned a name by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC).  Under the terms of this endorsement, a Named Storm begins at the time a Named Storm Watch or Named Storm Warning is issued by the NHC for the area in which the affected premises are located, and ends 72 hours after the termination of the last Named Storm Watch or Named Storm Warning issued for that area by the NHC.

**B. Basis for Application of Deductible**

1.  The Windstorm or Hail deductible may apply in one of three possible ways:

    a.  All Wind – If the Windstorm or Hail deductible on Schedule VTS 002 01 16 indicates an "All Wind" deductible, then the same deductible applies to all wind events.

    b.  Named Storm – If the Windstorm or Hail deductible on Schedule VTS 002 01 16 indicates a "Named Storm" deductible, then a Named Storm Deductible applies to all wind events classified as a Named Storm, in accordance with the definition herein, and a separate All Other Wind Deductible applies to all other wind events not classified as a Named Storm.

    c.  Hurricane – If the Windstorm or Hail deductible on Schedule VTS 002 01 16 indicates a "Hurricane" deductible, then a Hurricane Deductible applies to all wind events classified as a Hurricane, in accordance with the definition herein, and a separate All Other Wind Deductible applies to all other wind events not classified as a Hurricane.

**C. Per Unit of Insurance, Per Building or Per Occurrence Deductibles**

1.  If, as shown in Schedule VTS 002 01 16, the deductible applies Per Unit of Insurance, then the deductible is calculated separately for, and applies separately to, each of the following:

    a.  Each building that sustains loss or damage;

    b.  The personal property at each building at which there is loss or damage to personal property; and

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

    c.  Personal property in the open.

    If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2.  If, as shown in Schedule VTS 002 01 16, the deductible applies Per Building, then the deductible is calculated separately for, and applies separately to each building, with one deductible applying for damage to the building and personal property combined.

3.  If, as shown in Schedule VTS 002 01 16, the deductible applies Per Occurrence, then the deductible is calculated separately for, and applies separately to each occurrence, with one deductible applying for damage to the building and personal property and for all buildings combined.

**D.  Applicable Deductible**

1.  If, as shown in Schedule VTS 002 01 16, the deductible is a dollar amount, then the Applicable Deductible is that amount, in dollars.

2.  If, as shown in Schedule VTS 002 01 16, the deductible is a percentage, we will calculate the Applicable Deductible as the Deductible Percentage shown in Schedule VTS 002 01 16 multiplied by the Limits of Insurance, or in the case of layered policies the Insured Values, applicable to the property that has sustained loss or damage. All Limits of Insurance or Insured Values, including those for Building coverage and Business Personal Property coverage, but excluding Business Interruption coverage, shall be included in this calculation.

3.  In the event that a Minimum Deductible applies, as shown in Schedule VTS 002 01 16, the Applicable Deductible will be the greater of the Minimum Deductible and the deductible calculated in Paragraph 2 above.

    If the Minimum Deductible is a percentage, we will calculate the Minimum Deductible by multiplying the percentage by the Limits of Insurance, or in the case of layered policies the Insured Values, applicable to the property that has sustained loss or damage.

**E.  Newly Acquired or Constructed Property**

1.  When property is covered under the Coverage Extension for Newly Acquired or Constructed Property, in determining the amount, if any, that we will pay for loss or damage, the deductible for Newly Acquired or Constructed Property will be the highest deductible shown in Schedule VTS 002 01 16 for any described premises. If the deductibles are presented as a percentage on Schedule VTS 002 01 16, the highest percentage will be applied to the value(s) of the Newly Acquired or Constructed Property at time of loss.

**F.  Annual Aggregate Deductible**

1.  If, as shown in Schedule VTS 002 01 16, an Annual Aggregate Deductible applies and a percentage deductible applies, we calculate an Annual Aggregate Deductible. The Annual Aggregate Deductible is calculated as the percentage deductible shown in Schedule VTS 002 01 16 multiplied by the sum for all covered properties of the Limits of Insurance, or in the case of layered policies the Insured Values, including those for Building coverage and Business Personal Property coverage, but excluding Business Interruption coverage.

2.  The sum of the Applicable Deductible for either Named Storms or Hurricanes, depending on which one applies in accordance with Paragraph B above, from one or more covered events cannot exceed the Annual Aggregate Deductible. If, as the result of a covered event, the sum of the Applicable Deductible(s) exceeds the Annual Aggregate Deductible, then the Applicable Deductible for that event will be reduced so that the sum equals the Annual Aggregate Deductible. Furthermore, for any subsequent covered events during the same policy period, the Applicable Deductible will be the All Other Wind Deductible (if one exists) or the fire deductible.

3.  If the All Other Wind Deductible or the fire deductible apply in accordance with the previous paragraph, that deductible is applied to the total of all loss or damage sustained in one event on a Per Occurrence basis. It does not apply separately Per Unit of Insurance or Per Building.

**G.  What We Will Pay**

1.  We will not pay for loss or damage until the amount of loss or damage exceeds the Applicable Deductible. We will then pay the amount of loss or damage in excess of that Applicable Deductible, up to the applicable Limit of Insurance, after any reduction required by any Coinsurance Condition.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 51 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL, NAMED STORM OR HURRICANE
# PERIOD OF OCCURRENCE ENDORSEMENT

This endorsement modifies insurance provided under:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS -- BASIC FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY FORM
EXTRA EXPENSE COVERAGE FORM

**PERIOD OF OCCURRENCE**

The endorsement amends paragraph 3. of the **Definition of Occurrence** endorsement attached to this policy.

**Period of Occurrence**

If Windstorm or Hail, Named Storm or Hurricane are covered under this policy, all Windstorm or Hail, Named Storm or Hurricane events occurring within any 72-hour period will constitute a single "occurrence."  The expiration of this policy will not reduce the 72-hour period.  When filing the proof of Loss, you may elect the moment at which the 72-hour period will be deemed to have commenced, but no earlier than when the first loss to the Covered Property occurred.

All other terms and conditions remain unchanged.

VT 01 51 01 16

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 1

POLICY NUMBER:  VET-GF00454170

**COMMERCIAL PROPERTY**
**CP 12 18 06 07**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
| --- |

A. When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property. The following is added to the **Loss Payment Loss Condition**, as indicated in the Declarations or in the Schedule:

C. **Loss Payable Clause**
For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

   **1.** Adjust losses with you; and
   2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D. **Lender's Loss Payable Clause**
1.The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgage holder or trustee, whose interest in Covered Property is established by such written instruments as:
   a.Warehouse receipts;
   b.A contract for deed;
   c.Bills of lading;

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:
   1. Pays any premium due under this Coverage Part at our request if you have failed to do so;
   2. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
   3. Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee. All the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:
   1. The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
   2. The Loss Payee's rights to recover the

CP 12 18 06 07        © ISO Properties, Inc., 2007        Page 1 of 3

POLICY NUMBER:  VET-GF00454170

d. Financing statements; or

e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

full amount of the Loss Payee's claim will not be impaired. At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

© ISO Properties, Inc., 2007

POLICY NUMBER:  VET-GF00454170

**COMMERCIAL PROPERTY**
**CP 12 18 06 07**

E.  **Contract of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.
2. For Covered Property in which both you and the Loss Payee have an insurable interest we will
   a. Adjust losses with you; and
   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.
3. The following is added to the Other Insurance Condition:
   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F  **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.
2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.
3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
VT 01 54 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## MORTGAGEHOLDERS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**F. Additional Conditions, 2. Mortgageholders,** paragraphs **f.** and **g.** are deleted and replaced by the following:

    f.    If we cancel this policy, we will give written notice to the mortgageholder. We will provide advanced notice of cancellation in accordance with the statutory provisions for cancellation of policies for the state in which the First Named Insured is domiciled.

    g.    If we elect not to renew this policy, we will give written notice to the mortgageholder in accordance with the statutory provisions for non-renewal of policies for the state in which the First Named Insured is domiciled.

All other terms and conditions remain unchanged.

COMMERCIAL PROPERTY
VT 01 66 11 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC
CAUSES OF LOSS – SPECIAL

A.  Coverage – Sinkhole Loss, as defined below, is added as a Covered Cause of Loss to the applicable Coverage Form and/or the applicable Cause of Loss Form in this policy.

B.  Coverage Does Not Increase the Limit of Insurance – Coverage for Sinkhole Loss under this extension does not increase the applicable Limit of Insurance.  In addition, even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse, as defined elsewhere in this policy, and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

C.  Deductible – Sinkhole Loss is subject to a per occurrence deductible as shown in the Schedule of Deductibles.  If more than one building is involved in the same loss occurrence, the per occurrence deductible that applies is the largest of the applicable per occurrence deductibles for each building.

D.  Definition of Sinkhole Loss (States Other than Florida) – For Covered Property in all states other than Florida, Sinkhole Loss is defined as the loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This cause of loss does not include the cost of filling sinkholes or sinking or collapse of land into man-made underground cavities. This definition of Sinkhole Loss is identical to the definition of Sinkhole Collapse elsewhere in this policy.

E.  Definition of Sinkhole Loss (Florida) – For Covered Property located in Florida, Sinkhole Loss is defined as the loss or damage to Covered Property when Structural Damage to the covered building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, but only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone, or similar rock, formation.

1.  Stabilization of Building and Repair to the Foundation – In Florida, coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation, provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and with notice to you. The professional engineer must be selected or approved by us.

However, until you enter into a contract for performance of building stabilization or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from us:

a.  We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

b.  Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your Sinkhole Loss. After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred.

Includes copyrighted material of Insurance Services Office, Inc.
with its permission

However, if the professional engineer determines, prior to your entering into the aforementioned contract or prior to the start of repair work, that the repairs will exceed the applicable Limit of Insurance, we must either complete the recommended repairs or pay that Limit of Insurance upon such determination. If the aforementioned determination is made during the course of repair work and we have begun making payments for the work performed, we must either complete the recommended repairs or pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

a.   There is a mutual agreement between you and us;

b.   The claim is involved with the Neutral Evaluation Process;

c.   The claim is in litigation; or

d.   The claim is under appraisal or mediation.

2.   Neutral Evaluation – Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy, except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

3.   Testing – If we deny your claim for Sinkhole Loss without performing testing under section 627.7072, Florida Statutes, you may demand testing by communicating such demand to us in writing within 60 days after you receive our denial of the claim. You are responsible for 50% of the testing costs, or $2,500, whichever is less. If our professional engineer or geologist provides written certification, pursuant to section 627.7073, that there is Sinkhole Loss, we will reimburse you for the testing costs.

4.   Potential Reimbursement Requirement – If we deny your claim for Sinkhole Loss upon receipt of written certification from a professional engineer or geologist, pursuant to section 627.7073, that there is no Sinkhole Loss or that the cause of the damage was not sinkhole activity, and if the sinkhole claim was submitted without good faith grounds for submitting such claim, you shall reimburse us for 50% of the actual costs of the analyses and services provided under sections 627.7072 and 627.7073, or $2,500, whichever is less. You are not required to pay such reimbursement unless you requested the analysis and services and we, before ordering the analysis, informed you in writing of the potential for reimbursement and gave you the opportunity to withdraw the claim.

5.   Court Filing – As a precondition to accepting payment for Sinkhole Loss, you must file with the county clerk of court, a copy of any sinkhole report regarding your property which was prepared on behalf or at your request. You will bear the cost of filing and recording the sinkhole report.

F.   Exclusions – Sinkhole Loss does not include:

1.   Sinking or collapse of land into man-made underground cavities;

2.   Earthquake;

Includes copyrighted material of Insurance Services Office, Inc.
with its permission

3.  Land or the replacement, rebuilding, restoration or value of land except as in E.1. above;

4.  Loss or damage to any of the following:

   a.  Appurtenant structures, including screen enclosures, porches, lanais, carports, pools, pool decks, spas, gazebos, buildings that are not fully enclosed, buildings or structures that are constructed to be open to the weather and open-sided structures.

   b.  Driveways, sidewalks, decks or patios;

   c.  Structures and other property excluded or not covered elsewhere in this policy.

G.  Earth Movement and Collapse Exclusions -- With respect to coverage provided by this endorsement, the Earth Movement Exclusion and the Collapse Exclusion do not apply.

H.  Duties in the Event of Loss or Damage – A claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims, is barred unless notice of claim is provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the Sinkhole Loss.

I.  Prior Loss Exclusion – Coverage for Sinkhole Loss under this endorsement does not include visible damage to Covered Property caused by sinkhole activity occurring prior to the inception of this policy.

J.  Prohibition Against Rebates – You may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If you receive a rebate, coverage under this endorsement is void and you must refund the amount of the rebate to us.

K.  Definitions – The following definitions apply to the coverage provided under this endorsement:

1.  Structural Damage means a covered building, regardless of the date of its construction, has experienced the following:

   a.  Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

   b.  Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the Primary Structural Members or Primary Structural Systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those Primary Structural Members or Primary Structural Systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

   c.  Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical Primary Structural Members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

   d.  Damage that results in the building, or any portion of the building containing Primary Structural Members or Primary Structural Systems , being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

   e.  Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

2.  Primary Structural Member means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

3.  Primary Structural System means an assemblage of Primary Structural Member.

Includes copyrighted material of Insurance Services Office, Inc.
with its permission

4. Rebate means remuneration, payment, gift, discount or transfer of any item of value to the insured by or on behalf of a person performing the repairs as an incentive or inducement to obtain repairs performed by that person.

Includes copyrighted material of Insurance Services Office, Inc.
with its permission

COMMERCIAL PROPERTY
CP 01 25 02 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C. The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;
2. Dade County;
3. Martin County;
4. Monroe County;
5. Palm Beach County; and
6. All the areas east of the west bank of the Intracoastal Waterway in the counties of:
   a. Indian River; and
   b. St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

1. Paint; or
2. Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

a. The amount of the Windstorm or Hail Deductible; or
b. The value of Covered Property when applying the Coinsurance Condition.

D. The Loss Payment Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

(1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;
(2) Within 30 days after we receive the sworn proof of loss and:
   (a) There is an entry of a final judgment; or
   (b) There is a filing of an appraisal award with us; or
(3) Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph (3) applies only to the following:

(a) A claim under a policy covering residential property;
(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs E.1. through E.4.; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph F.

1. In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

2. In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

3. In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

1. The abrupt collapse of the ground cover;

2. A depression in the ground cover clearly visible to the naked eye;

3. "Structural damage" to the building, including the foundation; and

4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2011

**H.** The following provisions are added to the **Duties In The Event Of Loss Or Damage Loss** Condition:

(1) A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

(2) Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**I.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

© Insurance Services Office, Inc., 2011

IL 01 12 06 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – MEDIATION OR APPRAISAL (COMMERCIAL RESIDENTIAL PROPERTY)

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM (COMMERCIAL PROPERTY COVERAGE PART)
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY

With respect to a loss to commercial residential property, the following replaces the **Appraisal** Condition:

**Mediation Or Appraisal**

If we and you:

A. Are engaged in a dispute regarding a claim, either may request a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting the mediation conference. However, if:

1. You fail to appear at the mediation conference and you wish to schedule a new conference after failing to appear, then the new conference will be scheduled only upon your payment of a sum equal to the fees we paid for the mediation conference at which you failed to appear. This sum will then be applied to the cost of the rescheduled mediation conference, and we will pay the balance, if any, of the cost of conducting the rescheduled mediation conference; or

2. We fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the mediation conference and also pay the total cost of the rescheduled mediation conference.

B. Disagree on the value of the property or the amount of loss, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

However, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if we:

1. Requested mediation and either party rejected the mediation result; or

2. Failed to notify you of your right to participate in the mediation program.

© Insurance Services Office, Inc., 2009     □

COMMERCIAL PROPERTY
VT 01 10 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL POLICY EXCLUSIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – BASIC FORM

1. **Aluminum Wire Exclusion**
   This policy does not cover any loss or damage caused by or resulting from a malfunctioning of aluminum distribution wiring.

2. **Existing Damage Exclusion**
   This policy does not cover any loss or damage to covered property:

   a) That occurred prior to the inception date of this policy regardless of whether such damages were apparent at the time of the inception of this policy or became apparent at a later date.

   b) Arising out of workmanship, repairs or lack of repairs arising from damage that occurred prior to the inception date of this policy.

If the Valuation Clause in this policy is Replacement Cost or Agreed Amount, this policy does not provide coverage for Replacement Cost or Agreed Amount until and unless all property covered by your previous policy has been fully and completely repaired.

Prior to the completion of repairs, coverage provided by this policy is limited to the greater of:

   a) The actual cash value of the property at the time of a covered loss occurring during the policy period; or

   b) The cost of repairing the property to a condition at which it existed at the time of a loss covered by this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 13 01 16

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASBESTOS AND TOXIC MATERIALS EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNER COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS—WINDSTORM OR HAIL ONLY FORM

This policy does not provide coverage for any loss or damage caused by or resulting from:

The actual, alleged, or threatened release or escape of any asbestos or "toxic materials" meaning any solid, liquid or gaseous material that is toxic or poisonous to humans or animals, including but not limited to dioxin, polychlorinated biphenyls and lead.

We will not pay for any loss, damage or expense arising out of:

1. The removal of asbestos or "toxic materials" from any building or structure, fixture item of personal property or product;

2. Any demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos or "toxic materials";

3. Any governmental direction or request declaring that asbestos or "toxic materials" present in or part of or utilized on any undamaged portion of the insured's property, can no longer be used for the purpose it was intended or installed and must be removed or modified.

We have no duty to defend or indemnify any insured against any loss, damage, claim, suit or other legal action or proceedings alleging damages to which this exclusion applies.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to any such loss, damage or expense.

COMMERCIAL PROPERTY
VT 01 21 10 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EIFS OR DRYVIT EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNER COVERAGE
FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS -  WINDSTORM OR HAIL ONLY

We will not pay for loss or damage to covered property caused by or resulting from water damage, windstorm or hail, if that covered property has any structural Exterior Insulation Finishing System (EIFS) or Dryvit construction components, including foam core material, associated with it. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion does not apply to non-structural EIFS or Dryvit construction components that are cosmetic in nature or if applied over block or concrete walls.

All other terms and conditions remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
VT 01 35 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PRIOR LOSS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY FORM

The following **Prior Loss Exclusion** is added to this policy:

> We will not pay for any loss or damage that occurred prior to the effective date of this policy,
> including any continuation, change or resumption of such loss or damage during the Policy
> Period.  In the event the effective date of this policy is prior to the date coverage was requested to
> be bound, this policy will not pay for any loss or damage occurring between the effective date of
> this policy and the date coverage was requested to be bound.

COMMERCIAL PROPERTY
VT 01 43 01 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## TOXIC DRYWALL EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY

This policy does not provide coverage for any claim or liability arising out of, caused by or attributed to the use, installation, repair, removal, disposal, presence or service of sheetrock, gypsum board, wallboard or any similar product that:

1.  Was manufactured in or distributed from China; or,
2.  Emits Hydrogen Sulfide (H2S), Sulfur Dioxide (SO2), Strontium Sulfide (SrS), or Carbonyl Sulfide (COS) collectively referred to as "Toxic Drywall".

In addition, there is no coverage under this policy for the following:

1.  "Toxic Drywall" material removal unless the "Toxic Drywall" itself is first damaged by a covered cause of loss;
2.  Demolition or increased cost of construction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating "Toxic Drywall" material;
3.  Any government direction or request declaring that "Toxic Drywall" material present in or part of or utilized on any undamaged portion of the Covered Property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

We have no duty to defend or indemnify any insured against any loss, damage, claim, suit or other legal action or proceedings alleging damages to which this exclusion applies.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to any such loss, damage or expense.

VT 01 43 01 16

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Page 1 of 1

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

C. With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

D. The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

E. The terms of the exclusion in Paragraph B., or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006   □

POLICY NUMBER: VET-GF00454170 IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| | |
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** Exception Covering Certain Fire Losses

The following exception to the exclusion in Paragraph B. applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2015 IL 09 53 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – WINDSTORM OR HAIL ONLY

Each of the coverages listed below apply only to losses resulting from a Covered Cause of Loss under the applicable coverage form and in each instance reflect sub-limits that apply within, and not in addition to, the limits offered under the policy.

The sub-limits applicable to each coverage are as shown in the Property Enhancement Endorsement Schedule attached to this form.  No coverage applies under this endorsement if the sub-limit shown in the Property Enhancement Endorsement Schedule is zero.

**Building and BPP Coverages**

   **A. Accounts Receivable**

     We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule if, as a result of the occurrence of a covered loss, you incur losses due to any of the following:

     1.  Amounts due from customers that you are unable to collect due to lack of proper documentation of your accounts receivable;

     2.  Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

     3.  Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

     4.  Other reasonable expenses that you incur to re-establish your records of accounts receivable that results from a Covered Cause of Loss to your records of accounts receivable.

   **B. Debris Removal**

     In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph a. (3) is modified to read:

     "Subject to (a) above, the amount we will pay for will pay for debris removal expense is limited to the i) sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage, times ii) the percentage of loss shown in the Property Enhancement Endorsement Schedule, subject to the maximum dollar amount shown in the Property Enhancement Endorsement Schedule."

     In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph a. (4) is modified to read:

     "We will pay, up to the Additional Amount shown in the Property Enhancement Endorsement Schedule, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:"

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

C. Electronic Data and Media

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct physical loss or damage to Electronic Data and Media resulting from a Covered Cause of Loss.

D. Emergency Removal Expense

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for your expenses to move or store Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss.

E. Errors or Omissions

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct physical loss or damage to Covered Property if such loss or damage is not payable under this policy solely due to:

1. Any error or unintentional omission in the description of the address of the property whether made at the inception of the policy period or subsequent thereto; or

2. Failure through any error or unintentional omission to:

   a. Include any location of the named insured at the inception of the policy; or

   b. Report any newly acquired location before the period of automatic coverage provided under this policy for newly acquired location(s) expires.

With respect to 1. and 2. above, this Errors or Omissions Coverage does not allow you to correct or modify any value shown in the Statement of Values.

This policy covers such direct physical loss or damage to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this additional coverage that any error or unintentional omission be reported by when discovered and an additional premium be paid for any location added to the policy.

There is no coverage under this paragraph for loss or damage which is covered under newly acquired property or miscellaneous unnamed locations provisions of this policy.

F. Fine Arts

The policy is extended to cover direct physical loss or damage to Fine Arts, defined to mean paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, bric-a-brac or other similar articles of art rarity or antiquity, up to the limit shown in the Property Enhancement Endorsement Schedule.

However, no coverage is provided for:

1. Breakage, marring, scratching, chipping or denting of art, glass, windows, statuary, sculptures, marble, glassware, porcelain, bric-a-brac, antique furniture, antique jewelry or similar fragile articles, unless such breakage, marring, scratching, chipping or denting is caused by a Covered Cause of Loss; or

2. Physical loss or damage as a result of restoring, repairing or retouching processes.

If loss or damage to Fine Arts, occurs, the basis of adjustment will be:

1. The fair market value if the item is newly acquired; or

2. For unscheduled Fine Arts, at the time and place of the loss or damage, the lesser of:

   a. The cost of restoring the Fine Arts to their condition immediately before the loss or damage occurred;

   b. The cost of replacing the Fine Arts with substantially identical property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission

    c.   The fair market value.

**G. Fire Brigade Charges**

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph c. is modified to read:

"When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage."

**H. Fraud and Deceit**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for the theft of Covered Property when you or your agents, customers, or consignees are fraudulently induced to part with the Covered Property:

1.   To persons who falsely represent themselves as the proper persons to receive the property; or

2.   By the acceptance of fraudulent bills of lading or shipping receipts.

**I. Fungus, Wet Rot, Dry Rot and Bacteria**

In the Causes of Loss – Special Form and Causes of Loss – Windstorm or Hail Only Form, Section E. 3. Additional Coverage – Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria, paragraph 3 is amended as follows:

"The coverage described under E. 2. of this Limited Coverage is limited to the amount shown as the Per Occurrence Limit in the Property Enhancement Endorsement Schedule. Regardless of the number of claims, the Aggregate Limit shown in the Property Enhancement Endorsement Schedule is the most we will pay for the total of all loss or damage arising out of all covered causes of loss which take place during the policy period. With respect to a particular occurrence of loss which results in fungus, wet or dry rot or bacteria, we will not pay more than the amount shown in the Property Enhancement Endorsement Schedule, even if the fungus, wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period."

**J. Leased or Rented Equipment**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule on a per item basis and in the aggregate, for loss or damage to equipment and machinery that is leased, rented or borrowed from others, that is similar to the type of equipment and machinery used to conduct your business.

**K. Leasehold Interest**

We will pay the Net Leasehold Interest, up to the amount shown in the Property Enhancement Endorsement Schedule, for loss of Covered Leasehold Interest you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

Covered Leasehold Interest means the following for which an amount of Net Leasehold Interest at inception is shown in the Leasehold Interest Coverage Schedule:

1.   Tenants' Lease Interest, meaning the difference between the:

    a.   Rent you pay at the Covered Property; and

    b.   Rental value of the Covered Property that you lease.

COMMERCIAL PROPERTY
VT 01 22 11 16

2. **Bonus Payments,** meaning the unamortized portion of a cash bonus that will not be refunded to you. A cash bonus is money you paid to acquire your lease. It does not include:

   a. Rent, whether or not prepaid; or

   b. Security.

3. **Improvements and Betterments,** meaning the unamortized portion of payments made by you for improvements and betterments. It does not include the value of improvements and betterments recoverable under any other insurance, but only to the extent of such other insurance.

   Improvements and betterments are fixtures, alterations, installations or additions:

   a. Made a part of the building or structure you occupy but do not own; and

   b. You acquired or made at your expense but cannot legally remove.

4. **Prepaid Rent,** meaning the unamortized portion of any amount of advance rent you paid that will not be refunded to you. This does not include the customary rent due at:

   a. The beginning of each month; or

   b. Any other rental period.

<u>Net Leasehold Interest</u>

For the purposes of calculating the Net Leasehold Interest, the Tenant's Lease Interest shown in Item 1 above is discounted at a 6% annual effective rate of interest. In addition, the Bonus Payments, Improvements and Betterments and Prepaid Rent shown in Items 2, 3 and 4 are calculated on a monthly basis and applied to the remaining number of months in the lease.

The most we will pay for loss because of the cancellation of any one lease is your Net Leasehold Interest at the time of loss.

But, if your lease is cancelled and your landlord lets you continue to use your premises under a new lease or other arrangement, the most we will pay for loss because of the cancellation of any one lease is the lesser of:

1. The difference between the rent you now pay and the rent you will pay under the new lease or other arrangement; or

2. Your Net Leasehold Interest at the time of loss.

<u>Appraisal</u>

If we and you disagree on the amount of loss, either may make written demand for an appraisal. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

<u>Other Conditions</u>

There shall be no liability under this policy for any increase of loss which may be occasioned by the suspension, lapse or cancellation of any license or by the named insured exercising any option to cancel the lease.

Furthermore, the named insured shall use due diligence, including all things reasonably practicable, to diminish loss under this additional coverage.

**L.   Limited Pollution Coverage (Annual Aggregate)**

This policy is extended to cover the reasonable and necessary additional expense incurred to remove, dispose of, or clean-up the actual presence of Pollutants or Contaminants from land or water at a covered location when such land or water is contaminated or polluted due to a Covered Cause of Loss that occurs during the policy period, provided that, as a condition of coverage, such expenses are reported within 180 days of the date of direct physical loss or damage. The most we will pay during the policy period is the limit shown in the Property Enhancement Endorsement Schedule.

**M.   Lock Replacement**

This policy covers, up to the limit shown in the Property Enhancement Endorsement Schedule, the necessary expense to repair or replace the exterior or interior door locks of a covered building:

1.   if the door keys are stolen in a covered theft loss; or

2.   when the Covered Property is damaged and the door keys are stolen by burglars.

**N.   Miscellaneous Unnamed Locations**

Coverage under this policy is extended, up to the limit shown in the Property Enhancement Endorsement Schedule, for Miscellaneous Unnamed Locations, defined as locations that have not been included in the Statement of Values on file with the Insurer and which have not been reported to Ventus Risk Management, Inc. as required by the policy provisions.

There is no coverage under this Miscellaneous Unnamed Locations provision for loss or damage which is covered under the Errors or Omissions or Newly Acquired Property provisions of this Endorsement.

**O.   Newly Acquired Property**

This policy covers, up to the Maximum Limit shown in the Property Enhancement Endorsement Schedule, real or personal property of the type insured under this policy for the perils insured under this policy that is rented, leased, or purchased by the Named Insured after the inception date of this policy. Coverage under this additional coverage ceases at the earlier of the following dates:

1.   The number of Days from the date of acquisition or lease of such property shown in the Property Enhancement Endorsement Schedule; or

2.   When the newly acquired property is covered by this policy; or

3.   When Ventus Risk Management Inc. or the Insurer notifies the Named Insured that it will not bind the newly acquired property.

There is no coverage for any property that is partially or wholly insured under any other insurance.

There is no coverage under this Newly Acquired Property provision for loss or damage which is covered under the Errors or Omissions or Miscellaneous Unnamed Locations provisions of this policy.

**P.   Outdoor Property**

In Section A, 5. Coverage Extensions, of the applicable coverage form, Paragraph e. is modified to read:

"You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than stock of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this extension is the amount shown as the Aggregate Limit in the Property Enhancement Endorsement Schedule, subject to the Per Item Limit for Plants, Trees and Shrubs shown in the Property Enhancement Endorsement Schedule. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence."

**Q. Preservation of Property (Days)**

In Section A, 4. Additional Coverages, of the applicable coverage form, Paragraph b. (2) of Preservation of Property is deleted and replaced by the following:

"(2) Only if the loss or damage occurs within the number of days shown in the Property Enhancement Endorsement Schedule after the property is first moved, but not after the date on which the policy expires."

**R. Professional Fees for Claim Preparation (Annual Aggregate)**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, as an annual aggregate limit, for expenses associated with the taking of inventory and appraisals, incurred by you at our request to assist us in the determination of the amount of a loss caused by a Covered Cause of Loss.

**S. Recharging of Fire Extinguishing Equipment**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, to cover your incurred expenses to recharge your automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

1. to fight a fire;

2. as a result of a Covered Cause of Loss; or

3. as a result of an accidental discharge.

If it is less expensive to do so, we will pay your costs to replace your automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

However, we will not pay your expenses to recharge equipment as a result of discharge during testing or installation.

**T. Reclaiming, Restoring, or Repairing Land Improvements**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule for the cost of reclaiming, restoring or repairing land improvements, provided the loss is from a Covered Cause of Loss.

**U. Reward Reimbursement**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule as a reward for information that leads to a conviction of arson, theft or vandalism. The conviction must involve a Covered Cause of Loss by arson, theft or vandalism.

The amount we pay is not increased by the number of persons involved in providing the information.

**V. Service Interruption**

Notwithstanding any policy provision to the contrary, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for direct loss or damage from a Covered Cause of Loss to Covered Property resulting from the failure of power or other utility service supplied to the described premises.  The failure of power or other utility service must result from a Covered Cause of Loss and the failure must occur away from the described premises.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

Coverage under this provision does not include loss or damage to Covered Property resulting from loss or damage to overhead transmission lines that deliver utility service to you. Overhead transmission lines include, but are not limited to:

1. Overhead transmission and distribution lines;

2. Overhead transformers and similar equipment; or

3. Supporting poles and towers.

**W. Sewer, Drain or Sump Backup or Overflow**

Notwithstanding any policy provision to the contrary, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule for loss or damage caused directly or indirectly by water that backs up or overflows from a sewer, drain or sump.

**X. Transit**

We will cover, up to the amount shown in the Property Enhancement Endorsement Schedule, for loss or damage to Business Personal Property not otherwise excluded by this policy, while such property is in transit.

It is agreed that coverage under this extension shall include the following:

1. Personal property shipped to customers on F.O.B., C & F, or similar terms. The Named Insured's contingent interest in such shipments is admitted.

2. The interest of the Named Insured in, and legal liability for, personal property of others in the actual or constructive custody of the Named Insured.

3. Personal property of others sold by the Named Insured which the Named Insured has agreed prior to loss to insure during course of delivery.

It is agreed that the following additional exclusions apply to coverage as provided under this additional coverage:

1. Property insured under import or export ocean cargo policies.

2. Waterborne shipments to and from the Coverage Territory.

3. Shipments made by air, unless via regularly scheduled airlines.

4. Property shipped by mail.

5. Property of others, including the insured's legal liability therefor, hauled on vehicles owned, leased, or operated by the NAMED INSURED when acting as a common or contract carrier as defined by the Interstate Commerce Commission Regulations or other state regulatory agencies.

6. Any transporting vehicle or conveyance.

This additional coverage attaches from the time the property leaves the original point of shipment for the commencement of transit and covers thereafter continuously in the due course of transit within the within the United States of America, being the 50 states of the Union plus the District of Columbia, until delivered at destination.

Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This additional coverage does not cover or apply to delay, loss of market, or any Time Element Coverage.

Permission is granted to the Named Insured without prejudice to this insurance to accept the ordinary bills of lading used by carriers, including released and/or undervalued bills of lading and/or

shipping or messenger receipts. The Named Insured may waive subrogation against railroads under sidetrack agreements, but the Named Insured shall not enter into any special agreement with carriers releasing them from their common law or statutory liability.

**Y. Valuable Papers & Records**

In Section A, 5. Coverage Extensions, of the applicable coverage form, Paragraph c. Valuable Papers and Records (Other Than Electronic Data), the most we will pay under this extension is increased the amount shown in the Property Enhancement Endorsement Schedule, at each described premises.

**Z. Wind-Driven Precipitation**

We will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, for loss or damage to the interior of any covered building or structure, or to Business Personal Property in the building or structure, caused by or resulting from wind driven precipitation. Wind driven precipitation means rain, snow, sleet or ice, when driven by wind.

**Time Element Coverages**

With respect to additional Time Element Coverages in this Endorsement below, AA. Interruption by Civil or Military Authority and AE. Ingress/Egress, if a Covered Cause of Loss results in coverage under both of those coverages, this policy will only pay for loss under one of those additional Time Element Coverages, whichever the Named Insured selects.

**AA. Interruption by Civil or Military Authority**

In Section A, 4. b. Civil Authority of the Business Income (Without Extra Expense) Coverage Form or Section A. 5. A. of the Business Income (and Extra Expense) Coverage Form, as the case may be, the time period is amended to state:

"Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply from the date on which such coverage began and up to the number of consecutive weeks shown in the Property Enhancement Endorsement Schedule."

In addition, the maximum we will pay under this extension is the maximum amount shown in the Property Enhancement Endorsement Schedule.

**AB. Contingent Time Element**

If direct physical loss or damage to the real or business personal property of a direct supplier or direct customer of the Named Insured is damaged by a Covered Cause of Loss under this policy, and such damage:

1. wholly or partially prevents any direct supplier to the Named Insured from supplying their goods and/or services to the Named Insured; or

2. wholly or partially prevents any direct customer of the Named Insured from accepting the Named Insured's goods and/or services;

then this policy is extended to cover the actual loss sustained, up to the maximum limit shown in the Property Enhancement Endorsement Schedule, by the Named Insured during the period of interruption with respect to such real or business personal property, if the property of the supplier or customer that sustains loss or damage is of the type of property that would be Covered Property under this policy.

This coverage applies to the Named Insured's direct suppliers or direct customers located in the United States of America, being the 50 states of the Union plus the District of Columbia.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

**AC. Extended Period of BI Indemnity**

Coverage is provided for such additional length of time as is required to restore the Named Insured's business to the condition that would have existed had no loss occurred, commencing with the later of the following dates:

1. the date on which the coverage for loss or damage would otherwise terminate; or

2. the earliest date on which either normal operations resume, or repair, replacement, or rebuilding of the property that has been damaged is actually completed;

but in no event for a period of time exceeding the number of days specified in the Property Enhancement Endorsement Schedule. This Extended Period of Indemnity does not apply to any additional Time Element Coverages under this policy.

This additional coverage does not include coverage for any increase in loss due to fines or damages for breach of contract or for late or non-completion of orders, or penalties of any nature.

**AD. Extra Expense/Expediting Expense**

If, under the policy, Business Interruption does not cover Extra Expense, we will pay, up to the amount shown in the Property Enhancement Endorsement Schedule, the reasonable extra costs for temporary repair of damaged property and for expediting the permanent repair or replacement of such damaged property. This includes overtime wages and extra costs of express or other rapid means of transportation. This does not include expenses recoverable elsewhere under this policy.

The Named Insured agrees to use any suitable property or service owned or controlled by the Named Insured or obtainable from other sources in reducing the Extra Expense incurred under this policy.

**AE. Ingress/Egress**

This policy is extended to cover the actual loss sustained, up to the maximum limit shown in the Property Enhancement Endorsement Schedule, during the period of time when ingress to or egress from the Named Insured's covered location is prohibited as a direct result of a Covered Cause of Loss to real property not insured hereunder. The insured physical loss or damage must occur within five (5) miles from the Covered Property in order for coverage to apply. Such period of time begins on the date that ingress to or egress from real or personal property is prohibited and ends when ingress or egress is no longer prohibited, but no later than the number of days shown in the Property Enhancement Endorsement Schedule.

**AF. Ordinary Payroll**

Business Income includes Ordinary Payroll Expenses, as defined in the Ordinary Expense Limitation and Exclusions Form, only up to the number of days shown in the Property Enhancement Endorsement Schedule. The number of days need not be consecutive but must fall within the "period of restoration" or extension of the "period of restoration" if an extension is provided under this policy.

If the Property Enhancement Endorsement Schedule indicates the number of days is zero, then Ordinary Payroll Expense is excluded.

In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include Ordinary Payroll Expenses, except for Ordinary Payroll Expenses incurred during the number of days shown in the Property Enhancement Endorsement Schedule. If the Ordinary Payroll Expenses for the policy year vary during the year, the period of greatest Ordinary Payroll Expenses will be used.

Ordinary Payroll Expenses means payroll expenses for all your employees except:

1. Officers;

2. Executives;

Includes copyrighted material of Insurance Services Office, Inc., with its permission

3. Department managers;

4. Employees under contract; and

5. Additional Exemptions, shown in form CP15100607 (Ordinary Payroll Limitation and Exclusion)

Ordinary Payroll Expenses include:

1. Payroll;

2. Employee benefits, if directly related to payroll;

3. FICA payments;

4. Union dues; and

5. Workers compensation premiums.

## AG. Royalties

This policy is extended to cover, up to the amount shown in the Property Enhancement Endorsement Schedule, loss of income sustained by the Named Insured under a royalty, licensing fee, or commission agreement between the Named Insured and another party during the period of interruption arising out of direct physical loss or damage by a covered cause of loss during the term of this policy to real or personal property of such other party, only if such royalties are shown as such on the Statement of Values. When determining the amount payable, consideration will be given to the amount of income derived by the Named Insured from such agreements before, and the probable amount of income after, the date of loss or damage.

## AH. Service Interruption

If Business Income is covered under this policy, coverage is extended to include, up to the amount shown in the Property Enhancement Endorsement Schedule, Business Income resulting from the failure of power or other utility service supplied to the described premises. The failure of power or other utility service must result from a Covered Cause of Loss and the failure must occur away from the described premises.

There shall be no loss payable under this additional coverage unless the interruption exceeds 72 hours. In such case, the loss shall be measured from the date and time of the Covered Cause of Loss. With respect to any time element coverage provided herein, the period of interruption ends when power or other utility service is restored.

COMMERCIAL PROPERTY
VT 01 22 11 16

## PROPERTY ENHANCEMENT ENDORSEMENT SCHEDULE

The sub-limits applicable to each coverage described in the Property Enhancement Endorsement are shown below. No coverage applies under this endorsement if the sub-limit shown below is zero.

| Building and BPP Coverages | Sub-Limit |
|---|---|
| a.  Accounts Receivable | $100,000 |
| b.  Debris Removal | |
|     % of Loss | 25% |
|     Maximum | $1,000,000 |
|     Additional Limit | $50,000 |
| c.  Electronic Data and Media | $0 |
| d.  Emergency Removal Expense | $5,000 |
| e.  Errors or Omissions | $0 |
| f.  Fine Arts | $25,000 |
| g.  Fire Brigade Charges | $25,000 |
| h.  Fraud and Deceit | $5,000 |
| i.  Fungus, Molds, Mildew, Spores, Yeast | |
|     Per Occurrence | $25,000 |
|     Aggregate | $100,000 |
| j.  Leased or Rented Equipment | |
|     Per Item Limit | $0 |
|     Aggregate Limit | $0 |
| k.  Leasehold Interest | $0 |
| l.  Limited Pollution Coverage (Annual Aggregate) | $50,000 |
| m.  Lock Replacement | $0 |
| n.  Miscellaneous Unnamed Locations | $0 |
| o.  Newly Acquired Property | |
|     Days | 0 Days |
|     Maximum | $0 |
| p.  Plants, lawns, trees or shrubs | |
|     Per Item Limit | $500 |
|     Aggregate Limit | $25,000 |
| q.  Preservation of Property (Days) | 180 Days |
| r.  Professional Fees for Claim Preparation (Annual Aggregate) | $50,000 |
| s.  Recharging of Fire Extinguishing Equipment | $50,000 |
| t.  Reclaiming, restoring, or repairing land improvements | $0 |
| u.  Reward Reimbursement | $10,000 |
| v.  Service Interruption (72 Hour Qualifying Period) | |
|     Direct Damage | $50,000 |
| w.  Sewer, Drain or Sump Backup or Overflow | $25,000 |
| x.  Transit | $25,000 |
| y.  Valuable Papers & Records | $100,000 |
| z.  Wind-Driven Precipitation | $100,000 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL PROPERTY
VT 01 22 11 16

**Time Element Coverages**

| | | |
|---|---|---|
| aa. | Interruption by Civil or Military Authority | |
| | Days | 0 Days |
| | Maximum | $0 |
| ab. | Contingent Time Element | $0 |
| ac. | Extended Period of BI Indemnity | 30 Days |
| ad. | Extra Expense/ Expediting Expense | $0 |
| ae. | Ingress/ Egress | |
| | Days | 0 Days |
| | Maximum | $0 |
| af. | Ordinary Payroll | 0 Days |
| ag. | Royalties | $0 |
| ah. | Service Interruption (72 Hour Qualifying Period) | |
| | Business Interruption | $50,000 |

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

# VENTUS RISK MANAGEMENT, INC.

as agents for the Carriers scheduled within
1030 Wildwood Centre Drive, Suite A
Columbia, SC 29229

Policy #:   VET-GF00454170

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| | |
|---|---|
| Endorsement Number: | 1 |
| Named Insured: | True Investment, Inc. |
| Today's Date: | 02-13-2018 |
| Effective Date: | 12-28-2017 |

It is hereby noted and agreed as follows:

Added Terrorism Coverage; Amended the Schedule of Mortgagees and Additional Named Insured.

| | ADDITIONAL | | RETURN | |
|---|---|---|---|---|
| **PREMIUM ADJUSTMENT DUE AT POLICY CHANGE EFFECTIVE DATE** | $ | 3,499.00 | $ | 0.00 |

This endorsement is issued as part of the policy. Except as it expressly states, it does not (i) modify any of the terms and provisions of the policy, (ii) modify any prior endorsements, (iii) extend the term of the policy or (iv) increase the amount of insurance. To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. Otherwise, this endorsement is subject to all of the terms and provisions of the policy and of any prior endorsements.

Ventus Risk Management, Inc.
1030 Wildwood Centre Drive
Columbia, SC 29229

VT 01 60 01 16

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
SCHEDULE OF MORTGAGE HOLDERS

# SCHEDULE OF MORTGAGE HOLDERS

MORTGAGE HOLDERS

| Prem. No. | Bldg. No. | Mortgage Holder Name And Mailing Address |
|---|---|---|
| 2 | 1 | Professional Bank, 396 Alhambra Circle #255, Coral Gables, FL 33134 |
| 3 | 1 | Professional Bank, 396 Alhambra Circle #255, Coral Gables, FL 33134 |
| 4 | 1 | BAC Florida Bank ISAOA ATIMA, C/O Dovenmuehle Mortgage, Inc. P.O. Box 961282, Fort Worth, TX 76161 |
| 5 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 6 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 7 | 1 | U.S. Century Bank, Additional Insured **ISAOA ATIMA** 2301 NW 87 Ave, Coral Gables, FL 33146 |
| 8 | 1 | U.S. Century Bank, Additional Insured **ISAOA ATIMA** 2301 NW 87 Ave, Coral Gables, FL 33146 |
| 9 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 10 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 11 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 12 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 13 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 14 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 15 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 16 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 17 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 18 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |

SCHEDULE OF MORTGAGE HOLDERS

VTS 004 0116

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY
SCHEDULE OF MORTGAGE HOLDERS

| | | |
|---|---|---|
| 19 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 20 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 21 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 22 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 23 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 24 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 25 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 26 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 27 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 28 | 1 | Valley National Bank, ISAOA/ATIMA 450 S. Orange Avenue, Orlando, FL 32801 |
| 29 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 30 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 31 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 32 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 33 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 34 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 35 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 36 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 37 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |

SCHEDULE OF MORTGAGE HOLDERS

VTS 004 0116

POLICY NUMBER: VET-GF00454170

COMMERCIAL PROPERTY<br>SCHEDULE OF MORTGAGE HOLDERS

| 38 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
|----|---|---|
| 39 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 40 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 41 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |
| 42 | 1 | Wells Fargo Bank, National Assoc. on Behalf of Wilmington Trust for the Multifamily Mortgage Pass through Cert. Series 2016-KF19 900 Gessner, Suite 1700, Houston, TX 77024 |

SCHEDULE OF MORTGAGE HOLDERS

VTS 004 0116

COMMERCIAL PROPERTY
VTS 008 07 16

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SCHEDULE OF ADDITIONAL NAMED INSUREDS

This endorsement modifies insurance provided under this Policy.

In addition to the Named Insured stated on the Declarations, this policy is amended to include as a named insured each person or organization shown in the schedule below.

| Name |
| --- |
| Valley National Bank |
| U.S. Century Bank |
| GEMSA Loan Services Inc |
| BAC Florida Bank ISAOA ATIMA |
| Hacienda De Ybor Apartments LLC |

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: VET-GF00454170

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I |
| --- |
| Terrorism Premium (Certified Acts)    $ 3,499.00 |
| This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies): |
| |
| Additional Information, if any, concerning the terrorism premium: |
| |

| SCHEDULE – PART II |
| --- |
| Federal share of terrorism losses     82    % Year: 20  18 |
| (Refer to Paragraph B. in this endorsement.) |
| |
| Federal share of terrorism losses     81    % Year: 20  19 |
| (Refer to Paragraph B. in this endorsement.) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

© Insurance Services Office, Inc., 2015

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

 © Insurance Services Office, Inc., 2015 IL 09 85 01 15

**POLICYHOLDER DISCLOSURE**
**NOTICE OF TERRORISM**
**INSURANCE COVERAGE**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States —to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $ 3,499.00, and does not include any charges for the portion of losses covered by the United States government under the Act.

VT161 0115

# VENTUS RISK MANAGEMENT, INC.

as agents for the Carriers scheduled within
1030 Wildwood Centre Drive, Suite A
Columbia, SC 29229

Policy #:   VET-GF00454170

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Endorsement Number:     2

Named Insured:          True Investment, Inc.

Today's Date:           04-18-2018

Effective Date:         03-28-2018

This Endorsement forms part of the policy numbered above.

 It is hereby noted and agreed as follows:

Added Ordinance or Law Coverage A at 7.6M and B&C combined at 1M to the Sabina Locations only.

| PREMIUM ADJUSTMENT DUE AT POLICY CHANGE EFFECTIVE DATE | ADDITIONAL | RETURN |
|---|---|---|
|  | $     3,730.00 | $        0.00 |

This endorsement is issued as part of the policy. Except as it expressly states, it does not (i) modify any of the terms and provisions of the policy, (ii) modify any prior endorsements, (iii) extend the term of the policy or (iv) increase the amount of insurance. To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. Otherwise, this endorsement is subject to all of the terms and provisions of the policy and of any prior endorsements.

Ventus Risk Management, Inc.
1030 Wildwood Centre Drive
Columbia, SC 29229

Policy #: VET-GF00454170

**COMMERCIAL PROPERTY**
VTS 003 01 16

# SCHEDULE OF FORMS AND ATTACHMENTS

| **FORMS** | **TITLE** |
|---|---|
| VTS0030116 | SCHEDULE OF FORMS AND ATTACHMENTS |
| VT01951116 | ORDINANCE OR LAW ENDORSEMENT |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
COMMERCIAL CONDOMINIUM UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**A. Ordinance or Law Limits Schedule**

Each coverage, Coverage A, Coverage B, Coverage C and Coverage D, is provided under this endorsement only if that Coverage(s) is reflected in the Ordinance or Law Limits Schedule attached and then only with respect to the building(s) identified for that Coverage(s) in the Schedule.

**B. All Coverage Limits Reflect Sub-Limits**

Each of Coverage A, Coverage B, Coverage C and Coverage D, the coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered building, whether provided separately or as a Blanket Limit. Amounts shown in the Ordinance or Law Limits Schedule represent sub-limits and do **not** increase the Limit of Insurance.

**C. Coverage Conditions**

The Coverages provided by this endorsement apply only if both conditions C.1. and C.2. are satisfied and are subject to the qualification in C.3.

1. The ordinance or law regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and such ordinance or law is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. A Covered Cause of Loss results in enforcement of the ordinance or law and

   a. the building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   b. the building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   If the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

3. In the situation described in C.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, C or D of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B, C or D of this endorsement.

**D. Restrictions**

We will not pay under Coverages A, B, C or D of this endorsement for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by pollutants or due to the presence, growth, proliferation, spread or any activity of fungus, wet or dry rot or bacteria; or

2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants, fungus, wet or dry rot or bacteria.

The terms fungus and pollutants each have the meaning as defined elsewhere in the policy.

**E. Coverage**

1. Coverage A – Loss to the Undamaged Portion of the Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

2. Coverage B – Demolition Cost

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

3. Coverage C – Increased Cost of Construction

a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

   i. Repair or reconstruct damaged portions of that building; and/or

   ii. Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

   However:

   i. This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   ii. We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   iii.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

   b.  When a building is damaged or destroyed and Coverage C applies to that building in accordance with E.3.a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in E.3.a.:

      i.  The cost of excavations, grading, backfilling and filling;

      ii.  Foundation of the building;

      iii.  Pilings; and

      iv.  Underground pipes, flues and drains.

      The items listed in E.3.b.i. through E.3.b.iv. above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, E.3.b.

4. Coverage D – Increased Period of Restoration

   With respect to the building that has sustained covered direct physical damage, if Coverage D applies as per the Ordinance or Law Limits Schedule, the Period of Restoration definition is replaced by the following:

   Period of Restoration means the period of time that:

   a. Begins:

      i.  72 hours after the time of direct physical loss or damage for Business Income coverage; or

      ii.  Immediately after the time of direct physical loss or damage for Extra Expense coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      i.  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      ii.  The date when business is resumed at a new permanent location.

   Period of Restoration includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property. The expiration date of the policy will not cut short the Period of Restoration.

F. Loss Payment

   The following loss payment provisions, F.1. through F.5., are subject to the apportionment procedures set forth in Section C.3. of this endorsement.

1. Coverage A – When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      i.  the amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      ii.  the Limit of Insurance shown in the Declarations as applicable to the covered

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

building.

b.   If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

  i.   the actual cash value of the building at the time of loss; or

  ii.   the Limit of Insurance shown in the Declarations as applicable to the covered building.

2.   Coverage B – Unless Paragraph F.4. applies, loss payment under Coverage B – Demolition Cost Coverage will be determined as follows:

  We will not pay more than the lesser of the following:

  a.   The amount you actually spend to demolish and clear the site of the described premises; or

  b.   The applicable Sub-limit shown for Coverage B in the Ordinance or Law Limits Schedule. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

3.   Coverage C – Unless Paragraph F.4. applies, loss payment under Coverage C – Increased Cost of Construction Coverage will be determined as follows:

  a.   We will not pay under Coverage C until the property is actually repaired or replaced, at the same or another premises and unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  b.   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

  i.   the increased cost of construction at the same premises; or

  ii.   the applicable Sub-limit shown for Coverage C in the Ordinance or Law Limits Schedule.  If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

  c.   If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

  i.   the increased cost of construction at the new premises; or

  ii.   the applicable Sub-limit shown for Coverage C in the Ordinance or Law Limits Schedule. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

4.   Coverage B & C (Blanket) – If a Blanket Sub-limit is shown for Coverages B and C in the Ordinance or Law Limits Schedule, Paragraphs F.2. and F.3. of this endorsement do not apply with respect to the building that is subject to the Blanket Sub-limit, and the following loss payment provisions apply instead.

  The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Blanket Sub-limit shown for Coverages B and C in the Ordinance or Law Limits Schedule. If such Sub-limit is shown as a percentage, the Sub-limit shall be calculated as that percentage multiplied by the applicable Building and BPP limits, subject to a maximum dollar amount, if any is shown.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Subject to this Blanket Sub-limit, the following loss payment provisions apply:

a.   For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

b.   With respect to Increased Cost of Construction,

    i.   We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premise, unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    ii.   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

    iii.   If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

G.   **Terms Applied Separately for Each Building**

The terms of this endorsement apply separately to each building to which this endorsement applies.

H.   **Compliance Requirement**

We will not pay for loss due to any ordinance or law that you were required to comply with before the loss, even if the building was undamaged, and which you failed to comply with.

VT 01 95 11 16

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 5 of 7

### Ordinance or Law Limit Schedule

The schedule below indicates whether Ordinance or Law Coverage A or Coverage D is included and specifies the sub-limits applicable for Coverages B, C or Blanket B & C under this endorsement, for each location and building specified.  If a location or building is not shown in the schedule below, there is no coverage under Coverages A, B, C, or D of this endorsement.

| Location | Building | Address | Coverages and Sub-Limits | |
|---|---|---|---|---|
| 29 | 1 | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 30 | 1 | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 31 | 1 | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 32 | 1 | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 33 | | 2609 Gemnit Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 34 | | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 35 | | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 36 | | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 37 | | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |
| 38 | | 2609 Gemini Ct Tampa, FL 33614 | Coverage A: | Included |
| | | | Coverage B: | $0 |
| | | | Coverage C: | $0 |
| | | | Coverage B & C (Blanket): | $1,000,000 |
| | | | Coverage D: | Excluded |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.